**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20389-CR-ALTMAN**

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JULIAN JIMENEZ,

   Defendant.
_____/

**FACTUAL PROFFER**

Defendant, Julian Jimenez (hereinafter referred to as "defendant"), his counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt, the following facts.

On August 20, 2019, Jaime Serrano paid for plane tickets for himself and the defendant to fly down to Miami, Florida. On August 21, 2019, the defendant and Jaime Serrano flew on the same American Airlines flight from LaGuardia Airport in New York to Miami International Airport in Florida. As such, they travelled in or affected interstate commerce. At the time they traveled in interstate commerce, they did so with the intent to injure, harass, intimidate, or place under surveillance with the intent to injure, harass, or intimidate Alex Vega.

Once in the Southern District of Florida, from August 23, 2019, through August 27, 2019, the defendant and Jaime Serrano surveilled Alex Vega, including with the use of a motor vehicle, at his business and residence with the intent to injure, harass or intimidate Alex Vega.

On August 27, 2019, Jaime Serrano drove a blue Nissan Rogue, with the defendant as the sole passenger, to the area of the victim's residence. Once in the area, the defendant exited the

vehicle with a firearm, eventually putting on a face mask and gloves. The defendant did so—as he agreed and planned to with Jaime Serrano—with the intent to shoot Alex Vega in order to kill or injure Alex Vega. The defendant received the firearm from Jaime Serrano after their arrival in Miami, Florida on August 21, 2019.

On August 27, 2019, at approximately 8:13 p.m., Alex Vega drove into the garage of his residence located in the Southern District of Florida. The defendant approached the vehicle and fired multiple rounds into the vehicle at the victim. The victim was shot but survived. The shooting placed Alex Vega in reasonable fear of death or serious bodily injury. As a result of this, shooting, Alex Vega suffered serious bodily injury.

After the shooting, the defendant fled eastbound through a residential community with the purpose of meeting up with Jaime Serrano at a predetermined location in the Nissan Rogue. The defendant abandoned the mask, gloves, and the firearm he used to shoot Alex Vega along the way. Subsequently, the defendant entered the Nissan Rogue through the trunk, and Jaime Serrano drove them away. Nobody else was in the vehicle at the time. The defendant committed the shooting with the expectation of receiving U.S. currency in exchange but was never paid because he did not kill Alex Vega.

[This Space Intentionally Left Blank]

Since the defendant's incarceration on these charges, Jaime Serrano convinced the defendant to create a handwritten statement that the defendant signed and dated September 25, 2022, claiming that he acted alone and without Jaime Serrano's knowledge in planning and shooting Alex Vega. That handwritten statement is not true.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 8/9/23     By: _____
ABBIE D. WAXMAN
ASSISTANT UNITED STATES ATTORNEY

Date: 8/9/23    By: _____
MICHAEL E. GILFARB
ASSISTANT UNITED STATES ATTORNEY

Date: 8/9/23    By: _____
KATHERINE GUTHRIE
ASSISTANT UNITED STATES ATTORNEY

Date: 8/9/23    By: _____
ABIGAIL BECKER
ATTORNEY FOR DEFENDANT

Date: 8/9/23    By: _____
ANDREW JACOBS
ATTORNEY FOR DEFENDANT

Date: 8/9/23    By: _____
JULIAN JIMENEZ
DEFENDANT