**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20389-ALTMAN**


**UNITED STATES OF AMERICA**

**vs.**

**JAIME SERRANO,**

   **Defendant.**
_____/


**GOVERNMENT'S AMENDED EXHIBIT LIST**

   The United States of America, by and through the undersigned Assistant United States

Attorney, respectfully submits the following list of exhibits to be introduced at trial in the above-

styled action during the two-week period starting on August 14, 2023.

   The United States requests leave to add exhibits as may become necessary during the trial

in this matter.

                           Respectfully submitted,

                           MARKENZY LAPOINTE
                           UNITED STATES ATTORNEY


                    BY:    /s/ Abbie D. Waxman
                           Abbie D. Waxman
                           Assistant United States Attorney
                           Fla. Bar. No. 109315
                           99 N.E. 4th Street
                           Miami, FL 33132-2111
                           Telephone: (305) 961-9240
                           Email: Abbie.Waxman@usdoj.gov

# AMENDED EXHIBIT LIST

| UNITED STATES v. JULIAN JIMENEZ and JAIME SERRANO | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| **GOVERNMENT COUNSEL:** ABBIE WAXMAN<br>MICHAEL GILFARB<br>KATHERINE GUTHRIE<br><br>**DEFENSE COUNSEL:** JEREMY McLYMONT<br>CHERLY LUCIEN<br>YESLLY HERRERA | **CASE NUMBER: 22-cr-20389-RKA**<br>**JUDGE:  HON. ROY K. ALTMAN** |
|  |  |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| **1**<br><br>**1a** | Video/ Stills: | Residential (1 Vega) 10620 SW 118 Ave, Miami<br>Shortened clip | | | |
| **2**<br><br>**2a**<br>**2b**<br>**2c** | Video/ Stills: | Residential (2 Vega) 10620 SW 118 Ave, Miami<br>Shortened clip<br>Photo still of shooter in mask<br>Photo still of shooter in gloves | | | |
| **3**<br><br>**3a**<br>**3b**<br>**3c** | Video/ Stills: | Residential 1 (flight path)<br>(Ring) 11756 SW 106 Terrace<br>Shortened clip 1<br>Shortened clip 2<br>Location and directional map | | | |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| | | | | | |
| **4** | Video/ Stills: | Residential 2 (flight path) 11756 SW 106 Terrance | | | |
| **4a** | | Shortened clip 1 | | | |
| **4b** | | Shortened clip 2 | | | |
| **4c** | | Location and directional map | | | |
| **5** | Video/ Stills: | Residential (park) 11731 SW 108 Lane, Miami | | | |
| **5a** | | Shortened clip 1 | | | |
| **5b** | | Shortened clip 2 | | | |
| **5c** | | Shortened clip 3 | | | |
| **5d** | | Shortened clip 4 | | | |
| **5e** | | Location and directional map | | | |
| **6** | Video/ Stills: | Residential 1 11702 SW 106 Terr., Miami | | | |
| **6a** | | Location and directional map | | | |
| **7** | Video/ Stills: | Residential 2 11702 SW 106 Terr., Miami | | | |
| **7A** | | Location and directional map | | | |
| **8** | Video/ Stills: | Commercial / Plaza corner/ 117th Ave., Miami | | | |
| **8a** | | Business Record Certification (sp) | | | |
| **8b** | | Business Record Certification (trans.) | | | |
| **8c** | | Location and directional map | | | |
| **9** | Stills: | Sunpass Certification and Images | | | |
| **10a** | Videos/ Stills: | Enterprise Rental Video (versa) | | | |
| **10b** | | Photo still of Nissan Versa | | | |
| **10c** | | Enterprise Rental Video (rogue) | | | |
| **10d** | | Photo still of Nissan Rogue | | | |
| **10e** | | Photo still of Nissan Rogue 2 | | | |
| **10f** | | Enterprise Counter Video | | | |
| **10g** | | Photo still of Enterprise counter | | | |
| **10h** | | Photo still garage 1 | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| **10i**<br>**10j** | Photo still garage 2<br>Photo still garage 3 | | | |
| **11**<br>**11a-f** | Crime Scene:    Shirt<br>              Photographs of shirt in vehicle | | | |
| **12**<br>**12a-e** | Crime Scene:   Ballistics/ Projectiles (2) / Body of Alex Vega<br>              Photographs | | | |
| **13**<br>**13a-g** | Crime Scene:   Ballistic/ Casings (5) / Residence<br>              Photographs | | | |
| **14** | Crime Scene:   Ballistic/ Casing (1)/ Residence | | | |
| **15**<br>**15a-h** | Crime Scene:   Ballistic/ Projectiles (2) / Vehicle<br>              Photographs | | | |
| **16**<br><br>**16a** | Crime Scene:   Ballistic/ Projectile and Fragments (Driver's Seat),<br>              Projectile (shoe box trunk)<br>              Photograph | | | |
| **17**<br>**17a-g** | Crime Scene:   Mask<br>              Photographs from scene | | | |
| **18**<br>**18a-e** | Crime Scene:   Gloves<br>              Photographs from scene | | | |
| **19**<br>**19a**<br>**19b-m** | Crime Scene:   Ballistics/ Firearm, Magazine, Test Fires<br>              Unfired cartridges<br>              Photographs | | | |
| **20** | Crime Scene:   Aerial Image | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| **21**<br>**21a** | DNA Swab        Jimenez<br>                     Photograph | | | |
| **22** | DNA Swab        Serrano | | | |
| **23** | DNA Swab        Firearm and Magazine | | | |
| **24**<br><br>**24a-u** | Records:        GreenDot Business Record Certification (Jimenez and Serrano)<br>                     Records | | | |
| **25**<br><br>**25a-c** | Records:        Block/ Cash App for Jaime Serrano Business Record Certification<br>                     Records | | | |
| **26**<br><br>**26a** | Records:        Block/ Cash App for Alexandra Owens Business Record Certification<br>                     Records | | | |
| **27**<br><br>**27a-b** | Records:        Block/ Cash App for Tamrat Mason Business Record Certification<br>                     Records | | | |
| **28a**<br><br>**28b-c** | Records:        Miami-Dade Expressway Authority (MDX) Records (EVHK99 and 998YFF)<br>                     Records (LLEB96) | | | |
| **29**<br><br>**29a** | Records:        Florida Department of Transportation Business Record Certification<br>                     FDOT Records | | | |
| **30** | Records:        American Airlines (Jimenez) Business Record Certification | | | |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| 30a-b | | Flight Records and Manifest | | | |
| 31 31a | Records: | American Airlines (Serrano) Business Record Certification Flight Records | | | |
| 32a 32b 32c 32d 32e | Records: | Enterprise Rental Records (Internal) Enterprise Rental Summary Enterprise Itemized Receipt of Toll Hits Enterprise Rental Records (Internal and License Plate Information) Enterprise Nissan Versa Maintenance | | | |
| 33 33a | Records: | Wyndham Days Inn Business Record Certification Jaime Serrano Folio | | | |
| 34 | Records: | Serrano Car Purchase Sept. 1, 2019 | | | |
| 35 | Records: | Lyft | | | |
| 36 36a 36b | Records: | Business Record Certification for Telephone/ Call Detail and Location Data/Jaime Serrano Call Detail Records Subscriber Information | | | |
| 37 | Records: | Auto Tag Agency | | | |
| 38 a1-16 b1-3 c-q | Records: | Instagram/ Jaime Serrano Photo posing series Driveway with cars various | | | |
| 39 a-i | Records: | iCloud Account/ Jaime Serrano | | | |

| EX. | | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| **40**<br><br>**40a**<br>**40b**<br>**40c** | Records: | Business Record Certification for Telephone/ Call / Detail and Location Data Julian Jimenez<br>Call Detail Records<br>Subscriber Information<br>LTE Records | | | |
| **41**<br><br>**41a**<br>**41b**<br>**41c** | Records: | Business Record Certification Telephone/ Call Detail and Location Data/ Randy Carbonnel<br>Call Detail Records<br>LTE Records<br>Subscriber Information | | | |
| **42**<br><br><br>**42a** | Records: | Business Record Certification Telephone/ Subscriber Information/ ending in 3727 Tamrat Mason (Shifta)<br>Subscriber Information | | | |
| **43**<br>**a-h** | Records: | Instagram/ Julian Jimenez | | | |
| **44** | Records: | Bank/ TD Bank ending in 2759<br>Tamrat Mason | | | |
| **45** | Records: | Bank/ TD Bank ending in 8119<br>Jaime Serrano | | | |
| **46a**<br><br>**46b**<br>**46c** | Records: | Business Record Certification Bank/ TD Bank Alexandra Owens and Account Information<br>Account Statements 2018-2022<br>Account Statements 1/2019-2022 | | | |
| **47a**<br><br>**47b** | Records: | Business Record Certification Bank/ Chime Jaime Serrano<br>Records | | | |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| 48a 48b | Records: | Business Record Certification Bank/ Sutton Records | | | |
| 49 | Records: | Wendy's | | | |
| 50 | Records: | Pollo Tropical | | | |
| 51 | Records: | Delta Airlines | | | |
| 52 | Records: | Budget/ Avis Absence of a Business Record Certification | | | |
| 53 | Records: | Fox Rental | | | |
| 54 a1-2 b1-3 c1-2 d1-6 | Photograph(s): | From Amy Vega's phone Screenshots: Jimenez, Serrano, and M. Jimenez Screenshots: Serrano and Alexandra Owens Screenshots: Mondrian Hotel South Beach Screenshots: M. Jimenez (jacket) Serrano | | | |
| 55a 55b | Photograph(s): | Jessica Cedeno's Photos Photo: Photo of Brickell City Centre on Phone Photo: Serrano in New York Shirt | | | |
| 56a 56b-f 56g-p 56q-w | Photograph(s): | Jaime Serrano Phone Contact Elevator photos Apartment photos Photos with location data | | | |
| 57 | C.A.S.T. Analysis | | | | |
| 58 58a | Recorded Statement: | Jaime Serrano Telephone Recording Transcript | | | |
| 59 59a | Recorded Statement: | Jaime Serrano (June 2022) Transcript | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 60<br>60a<br>60b | Recorded Statement:  Jaime Serrano (August 2022)<br>Transcript<br>Recording Information | | | |
| 61<br>61a | Recorded Statement:  Julian Jimenez (June 2022)<br>Transcript | | | |
| 62<br>62a<br>62b<br>62c | Recorded Statement:  Julian Jimenez Jail Call (October 2022)<br>Business Record Certification<br>Transcript Unredacted<br>Transcript Redacted | | | |
| 63 | Phone Hard-drive Records/ Jimenez | | | |
| 64 | Phone Hard-drive Records/ Serrano | | | |
| 65 | Summary Exhibit:     Timeline | | | |
| 66a<br>66b | Summary Exhibit:     Location with photos<br>Location without photos | | | |
| 67<br>67a | Photograph:            Lightened Image<br>Recording re lightened image | | | |
| 68 | Summary Exhibit:     Comparison | | | |
| 69 | Records:                 Florida Department of Wage and Earnings for Jimenez and Serrano | | | |
| 70 | Records:                 Serrano's Rehab Center Employment Records | | | |
| 71 | Records:                 Department of the Navy | | | |
| 72a1-a12<br>72b1-6 | Records:                 Candance Ballard Tax Documents<br>Communications | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| **73** | Records:              CHEX Records (Julian Jimenez) | | | |
| **74a-j** | Photograph(s):       Evidence Swabs | | | |
| **75a-i** | Photograph(s):       Alex Vega Injuries 2023 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Abbie D. Waxman
Abbie D. Waxman
Assistant United States Attorney