UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20389-ALTMAN

UNITED STATES OF AMERICA

vs.

JAIME SERRANO,

Defendant.
_____/

## GOVERNMENT'S AMENDED EXHIBIT LIST

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits the following list of exhibits to be introduced at trial in the above-styled action during the two-week period starting on August 14, 2023.

The United States requests leave to add exhibits as may become necessary during the trial in this matter.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:    /s/ Katherine Guthrie_____
       Katherine Guthrie
       Assistant United States Attorney
       Court ID No. A5502786
       99 N.E. 4th Street
       Miami, FL 33132-2111
       Tel: 305-961-9117
       Email: Katherine.Guthrie@usdoj.gov

# AMENDED EXHIBIT LIST

| UNITED STATES v. JULIAN JIMENEZ and JAIME SERRANO | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| **GOVERNMENT COUNSEL:** ABBIE WAXMAN  MICHAEL GILFARB  KATHERINE GUTHRIE  **DEFENSE COUNSEL:** JEREMY McLYMONT  CHERLY LUCIEN  YESLLY HERRERA | CASE NUMBER: 22-CR-20389-RKA  JUDGE: HON. ROY K. ALTMAN |
| | |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| **1**  **1a** | Video/ Stills: | Residential (1 Vega) 10620 SW 118 Ave, Miami  Shortened clip | | | |
| **2**  **2a**  **2b**  **2c** | Video/ Stills: | Residential (2 Vega) 10620 SW 118 Ave, Miami  Shortened clip  Photo still of shooter in mask  Photo still of shooter in gloves | | | |
| **3**  **3a**  **3b**  **3c** | Video/ Stills: | Residential 1 (flight path) (Ring) 11756 SW 106 Terrace  Shortened clip 1  Shortened clip 2  Location and directional map | | | |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| | | | | | |
| 4<br>4a<br>4b<br>4c | Video/ Stills: | Residential 2 (flight path)<br>11756 SW 106 Terrance<br>Shortened clip 1<br>Shortened clip 2<br>Location and directional map | | | |
| 5<br>5a<br>5b<br>5c<br>5d<br>5e | Video/ Stills: | Residential (park) 11731 SW 108 Lane, Miami<br>Shortened clip 1<br>Shortened clip 2<br>Shortened clip 3<br>Shortened clip 4<br>Location and directional map | | | |
| 6<br>6a | Video/ Stills: | Residential 1 11702 SW 106 Terr., Miami<br>Location and directional map | | | |
| 7<br>7A | Video/ Stills: | Residential 2 11702 SW 106 Terr., Miami<br>Location and directional map | | | |
| 8<br>8a<br>8b<br>8c | Video/ Stills: | Commercial / Plaza corner/ 117th Ave., Miami<br>Business Record Certification (sp)<br>Business Record Certification (trans.)<br>Location and directional map | | | |
| 9 | Stills: | Sunpass Certification and Images | | | |
| 10a<br>10b<br>10c<br>10d<br>10e<br>10f<br>10g<br>10h | Videos/ Stills: | Enterprise Rental Video (versa)<br>Photo still of Nissan Versa<br>Enterprise Rental Video (rogue)<br>Photo still of Nissan Rogue<br>Photo still of Nissan Rogue 2<br>Enterprise Counter Video<br>Photo still of Enterprise counter<br>Photo still garage 1 | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| **10i** **10j** | Photo still garage 2 Photo still garage 3 | | | |
| **11** **11a-f** | Crime Scene:  Shirt  Photographs of shirt in vehicle | | | |
| **12** **12a-e** | Crime Scene: Ballistics/ Projectiles (2) / Body of Alex Vega Photographs | | | |
| **13** **13a-g** | Crime Scene: Ballistic/ Casings (5) / Residence Photographs | | | |
| **14** | Crime Scene: Ballistic/ Casing (1)/ Residence | | | |
| **15** **15a-h** | Crime Scene: Ballistic/ Projectiles (2) / Vehicle Photographs | | | |
| **16** **16a** | Crime Scene: Ballistic/ Projectile and Fragments (Driver's Seat), Projectile (shoe box trunk) Photograph | | | |
| **17** **17a-g** | Crime Scene: Mask Photographs from scene | | | |
| **18** **18a-e** | Crime Scene: Gloves Photographs from scene | | | |
| **19** **19a** **19b-m** | Crime Scene: Ballistics/ Firearm, Magazine, Test Fires Unfired cartridges Photographs | | | |
| **20** **20a** | Crime Scene: Aerial Image Aerial Image with Evidence Locations | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| **21**<br>**21a** | DNA Swab        Jimenez<br>                   Photograph | | | |
| **22** | DNA Swab        Serrano | | | |
| **23** | DNA Swab        Firearm and Magazine | | | |
| **24**<br>**24a-u** | Records:        GreenDot Business Record Certification (Jimenez and Serrano)<br>                   Records | | | |
| **25**<br>**25a-c** | Records:        Block/ Cash App for Jaime Serrano Business Record Certification<br>                   Records | | | |
| **26**<br>**26a** | Records:        Block/ Cash App for Alexandra Owens Business Record Certification<br>                   Records | | | |
| **27**<br>**27a-b** | Records:        Block/ Cash App for Tamrat Mason Business Record Certification<br>                   Records | | | |
| **28a**<br>**28b-c** | Records:        Miami-Dade Expressway Authority (MDX) Records (EVHK99 and 998YFF)<br>                   Records (LLEB96) | | | |
| **29**<br>**29a**<br>**29b** | Records:        Florida Department of Transportation Business Record Certification for IG28PE<br>                   FDOT Records – IG28PE<br>                   FDOT Business Record Certification and Records for SR821 and Bird Road Main NB and  SR821 SW 120th Street | | | |
| **30** | Records:        American Airlines (Jimenez) Business Record Certification | | | |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| **30a-b** | | Flight Records and Manifest | | | |
| **31** **31a** | Records: | American Airlines (Serrano) Business Record Certification Flight Records | | | |
| **32a** **32b** **32c** **32d** **32e** | Records: | Enterprise Rental Records (Internal) Enterprise Rental Summary Enterprise Itemized Receipt of Toll Hits Enterprise Rental Records (Internal and License Plate Information) Enterprise Nissan Versa Maintenance | | | |
| **33** **33a** **33b-c** | Records: | Wyndham Days Inn Business Record Certification Jaime Serrano Folio Pool Photographs | | | |
| **34** | Records: | Serrano Car Purchase Sept. 1, 2019 | | | |
| **35** | Records: | Lyft | | | |
| **36** **36a** **36b** | Records: | Business Record Certification for Telephone/ Call Detail and Location Data/Jaime Serrano Call Detail Records Subscriber Information | | | |
| **37** | Records: | Auto Tag Agency | | | |
| **38** **a1-16** **b1-3** **c-q** | Records: | Instagram/ Jaime Serrano Photo posing series Driveway with cars various | | | |
| **39** **a-i** | Records: | iCloud Account/ Jaime Serrano | | | |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| 40<br><br>40a<br>40b<br>40c | Records: | Business Record Certification for Telephone/ Call / Detail and Location Data Julian Jimenez<br>Call Detail Records<br>Subscriber Information<br>LTE Records | | | |
| 41<br><br>41a<br>41b<br>41c | Records: | Business Record Certification Telephone/ Call Detail and Location Data/ Randy Carbonnel<br>Call Detail Records<br>LTE Records<br>Subscriber Information | | | |
| 42<br><br><br>42a | Records: | Business Record Certification Telephone/ Subscriber Information/ ending in 3727 Tamrat Mason (Shifta)<br>Subscriber Information | | | |
| 43<br>a-h | Records: | Instagram/ Julian Jimenez | | | |
| 44 | Records: | Bank/ TD Bank ending in 2759<br>Tamrat Mason | | | |
| 45 | Records: | Bank/ TD Bank ending in 8119<br>Jaime Serrano | | | |
| 46a<br><br>46b<br>46c | Records: | Business Record Certification Bank/ TD Bank Alexandra Owens and Account Information<br>Account Statements 2018-2022<br>Account Statements 1/2019-2022 | | | |
| 47a<br><br>47b | Records: | Business Record Certification Bank/ Chime Jaime Serrano<br>Records | | | |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| 48a 48b | Records: | Business Record Certification Bank/ Sutton Records | | | |
| 49 | Records: | Wendy's | | | |
| 50 | Records: | Pollo Tropical | | | |
| 51 | Records: | Delta Airlines | | | |
| 52 | Records: | Budget/ Avis Absence of a Business Record Certification | | | |
| 53 | Records: | Fox Rental | | | |
| 54 a1-2 b1-3 c1-2 d1-6 | Photograph(s): | From Amy Vega's phone Screenshots: Jimenez, Serrano, and M. Jimenez Screenshots: Serrano and Alexandra Owens Screenshots: Mondrian Hotel South Beach Screenshots: M. Jimenez (jacket) Serrano | | | |
| 55a 55b | Photograph(s): | Jessica Cedeno's Photos Photo: Photo of Brickell City Centre on Phone Photo: Serrano in New York Shirt | | | |
| 56a 56b-f 56g-p 56q-w | Photograph(s): | Jaime Serrano Phone Contact Elevator photos Apartment photos Photos with location data | | | |
| 57 | C.A.S.T. Analysis | | | | |
| 58 58a | Recorded Statement: | Jaime Serrano Telephone Recording Transcript | | | |
| 59 59a | Recorded Statement: | Jaime Serrano (June 2022) Transcript | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| **60**<br>**60a**<br>**60b** | Recorded Statement: Jaime Serrano (August 2022)<br>Transcript<br>Recording Information | | | |
| **61**<br>**61a** | Recorded Statement: Julian Jimenez (June 2022)<br>Transcript | | | |
| **62**<br>**62a**<br>**62b**<br>**62c** | Recorded Statement: Julian Jimenez Jail Call (October 2022)<br>Business Record Certification<br>Transcript Unredacted<br>Transcript Redacted | | | |
| **63** | Phone Hard-drive Records/ Jimenez | | | |
| **64** | Phone Hard-drive Records/ Serrano | | | |
| **65** | Summary Exhibit: Timeline | | | |
| **66a**<br>**66b** | Summary Exhibit: Location with photos<br>Location without photos | | | |
| **67**<br>**67a** | Photograph: Lightened Image<br>Recording re lightened image | | | |
| **68** | Summary Exhibit: Comparison | | | |
| **69** | Records: Florida Department of Wage and Earnings for Jimenez and Serrano | | | |
| **70** | Records: Serrano's Rehab Center Employment Records | | | |
| **71** | Records: Department of the Navy | | | |
| **72a1-a12**<br>**72b1-6** | Records: Candance Ballard Tax Documents<br>Communications | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 73 | Records:           CHEX Records (Julian Jimenez) | | | |
| 74a-j | Photograph(s):     Evidence Swabs | | | |
| 75a-i | Photograph(s):     Alex Vega Injuries 2023 | | | |
| 76a 76b 76c 76d 76e 76f | Records:           Blackstar Studio Trap House Studio E-Magine Studio Quality Music Group Xtrings Studio Arc Sound Studio | | | |
| 77 | Photograph(s):     Jessica Cedeno JLuv23 Instagram Photo | | | |
| 78 | Photograph(s):     Rasheed Ali ("Fresh") | | | |
| 79 | Photograph(s):     Tamrat Shifta Mason | | | |
| 80 | Photograph(s):     Jaime Serrano | | | |
| 81 | Instagram Chats:   GreenlightNYC and JLuv23 | | | |
| 82 | Email:             Alexandra Owens Email to Serrano 10-30-2022 | | | |
| 83 | Photograph(s):     Julian Jimenez | | | |
| 84 | Photograph(s):     Onthemicproduction Instagram Photo Marco "Mikey" Jimenez and Julian Jimenez | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 85 | Photograph(s):        Samuel Band | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Katherine W. Guthrie
Katherine W. Guthrie
Assistant United States Attorney