UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20389-ALTMAN

UNITED STATES OF AMERICA

vs.

JAIME SERRANO,

    **Defendant.**
_____/

## GOVERNMENT'S AMENDED EXHIBIT LIST

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits the following list of exhibits to be introduced at trial in the above-styled action during the two-week period starting on August 14, 2023.

The United States requests leave to add exhibits as may become necessary during the trial in this matter.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By:    */s/ Katherine Guthrie*
    Katherine Guthrie
    Assistant United States Attorney
    Court ID No. A5502786
    99 N.E. 4th Street
    Miami, FL 33132-2111
    Tel: 305-961-9117
    Email: Katherine.Guthrie@usdoj.gov

# AMENDED EXHIBIT LIST

| UNITED STATES v. JULIAN JIMENEZ and JAIME SERRANO | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA CASE NUMBER: 22-CR-20389-RKA JUDGE: HON. ROY K. ALTMAN |
|---|---|
| **GOVERNMENT COUNSEL:** ABBIE WAXMAN<br>MICHAEL GILFARB<br>KATHERINE GUTHRIE | |
| **DEFENSE COUNSEL:** JEREMY McLYMONT<br>CHERLY LUCIEN<br>YESLLY HERRERA | |
| | |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1 | Video/ Stills: | Residential (1 Vega) 10620 SW 118 Ave, Miami | | | |
| 1a | | Shortened clip | | | |
| 2 | Video/ Stills: | Residential (2 Vega) 10620 SW 118 Ave, Miami | | | |
| 2a | | Shortened clip | | | |
| 2b | | Photo still of shooter in mask | | | |
| 2c | | Photo still of shooter in gloves | | | |
| 3 | Video/ Stills: | Residential 1 (flight path) (Ring) 11756 SW 106 Terrace | | | |
| 3a | | Shortened clip 1 | | | |
| 3b | | Shortened clip 2 | | | |
| 3c | | Location and directional map | | | |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| 4 | Video/ Stills: | Residential 2 (flight path) 11756 SW 106 Terrance | | | |
| 4a | | Shortened clip 1 | | | |
| 4b | | Shortened clip 2 | | | |
| 4c | | Location and directional map | | | |
| 5 | Video/ Stills: | Residential (park) 11731 SW 108 Lane, Miami | | | |
| 5a | | Shortened clip 1 | | | |
| 5b | | Shortened clip 2 | | | |
| 5c | | Shortened clip 3 | | | |
| 5d | | Shortened clip 4 | | | |
| 5e | | Location and directional map | | | |
| 6 | Video/ Stills: | Residential 1 11702 SW 106 Terr., Miami | | | |
| 6a | | Location and directional map | | | |
| 7 | Video/ Stills: | Residential 2 11702 SW 106 Terr., Miami | | | |
| 7A | | Location and directional map | | | |
| 8 | Video/ Stills: | Commercial / Plaza corner/ 117th Ave., Miami | | | |
| 8a | | Business Record Certification (sp) | | | |
| 8b | | Business Record Certification (trans.) | | | |
| 8c | | Location and directional map | | | |
| 9 | Stills: | Sunpass Certification and Images | | | |
| 10a | Videos/ Stills: | Enterprise Rental Video (versa) | | | |
| 10b | | Photo still of Nissan Versa | | | |
| 10c | | Enterprise Rental Video (rogue) | | | |
| 10d | | Photo still of Nissan Rogue | | | |
| 10e | | Photo still of Nissan Rogue 2 | | | |
| 10f | | Enterprise Counter Video | | | |
| 10g | | Photo still of Enterprise counter | | | |
| 10h | | Photo still garage 1 | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| | | | | |

| EX. | | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| 10i<br>10j | | Photo still garage 2<br>Photo still garage 3 | | | |
| 11<br>11a-f | Crime Scene: | Shirt<br>Photographs of shirt in vehicle | | | |
| 12<br>12a-e | Crime Scene: | Ballistics/ Projectiles (2) / Body of Alex Vega<br>Photographs | | | |
| 13<br>13a-g | Crime Scene: | Ballistic/ Casings (5) / Residence<br>Photographs | | | |
| 14 | Crime Scene: | Ballistic/ Casing (1)/ Residence | | | |
| 15<br>15a-h | Crime Scene: | Ballistic/ Projectiles (2) / Vehicle<br>Photographs | | | |
| 16<br><br>16a | Crime Scene: | Ballistic/ Projectile and Fragments (Driver's Seat), Projectile (shoe box trunk)<br>Photograph | | | |
| 17<br>17a-g | Crime Scene: | Mask<br>Photographs from scene | | | |
| 18<br>18a-e | Crime Scene: | Gloves<br>Photographs from scene | | | |
| 19<br>19a<br>19b-m | Crime Scene: | Ballistics/ Firearm, Magazine, Test Fires<br>Unfired cartridges<br>Photographs | | | |
| 20<br>20a | Crime Scene: | Aerial Image<br>Aerial Image with Evidence Locations | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 21 | DNA Swab | Jimenez | | | |
| 21a | | Photograph | | | |
| 22 | DNA Swab | Serrano | | | |
| 23 | DNA Swab | Firearm and Magazine | | | |
| 24 24a-u | Records: | GreenDot Business Record Certification (Jimenez and Serrano) Records | | | |
| 25 25a-c | Records: | Block/ Cash App for Jaime Serrano Business Record Certification Records | | | |
| 26 26a | Records: | Block/ Cash App for Alexandra Owens Business Record Certification Records | | | |
| 27 27a-b | Records: | Block/ Cash App for Tamrat Mason Business Record Certification Records | | | |
| 28a 28b-c | Records: | Miami-Dade Expressway Authority (MDX) Records (EVHK99 and 998YFF) Records (LLEB96) | | | |
| 29 29a 29b | Records: | Florida Department of Transportation Business Record Certification for IG28PE FDOT Records – IG28PE FDOT Business Record Certification and Records for SR821 and Bird Road Main NB and SR821 SW 120th Street | | | |
| 30 | Records: | American Airlines (Jimenez) Business Record Certification | | | |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| 30a-b | | Flight Records and Manifest | | | |
| 31<br><br>31a | Records: | American Airlines (Serrano) Business Record Certification<br>Flight Records | | | |
| 32a<br>32b<br>32c<br>32d<br><br>32e | Records: | Enterprise Rental Records (Internal)<br>Enterprise Rental Summary<br>Enterprise Itemized Receipt of Toll Hits<br>Enterprise Rental Records (Internal and License Plate Information)<br>Enterprise Nissan Versa Maintenance | | | |
| 33<br>33a<br>33b-c | Records: | Wyndham Days Inn Business Record Certification<br>Jaime Serrano Folio<br>Pool Photographs | | | |
| 34 | Records: | Serrano Car Purchase Sept. 1, 2019 | | | |
| 35 | Records: | Lyft | | | |
| 36<br><br>36a<br>36b | Records: | Business Record Certification for Telephone/ Call Detail and Location Data/Jaime Serrano<br>Call Detail Records<br>Subscriber Information | | | |
| 37 | Records: | Auto Tag Agency | | | |
| 38<br>a1-16<br>b1-3<br>c-q | Records: | Instagram/ Jaime Serrano<br>Photo posing series<br>Driveway with cars<br>various | | | |
| 39<br>a-i | Records: | iCloud Account/ Jaime Serrano | | | |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| 40 | Records: | Business Record Certification for Telephone/ Call / Detail and Location Data Julian Jimenez | | | |
| 40a | | Call Detail Records | | | |
| 40b | | Subscriber Information | | | |
| 40c | | LTE Records | | | |
| 41 | Records: | Business Record Certification Telephone/ Call Detail and Location Data/ Randy Carbonnel | | | |
| 41a | | Call Detail Records | | | |
| 41b | | LTE Records | | | |
| 41c | | Subscriber Information | | | |
| 42 | Records: | Business Record Certification Telephone/ Subscriber Information/ ending in 3727 Tamrat Mason (Shifta) | | | |
| 42a | | Subscriber Information | | | |
| 43 a-h | Records: | Instagram/ Julian Jimenez | | | |
| 44 | Records: | Bank/ TD Bank ending in 2759 Tamrat Mason | | | |
| 45 | Records: | Bank/ TD Bank ending in 8119 Jaime Serrano | | | |
| 46a | Records: | Business Record Certification Bank/ TD Bank Alexandra Owens and Account Information | | | |
| 46b | | Account Statements 2018-2022 | | | |
| 46c | | Account Statements 1/2019-2022 | | | |
| 47a | Records: | Business Record Certification Bank/ Chime Jaime Serrano | | | |
| 47b | | Records | | | |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| 48a 48b | Records: | Business Record Certification Bank/ Sutton Records | | | |
| 49 | Records: | Wendy's | | | |
| 50 | Records: | Pollo Tropical | | | |
| 51 | Records: | Delta Airlines | | | |
| 52 | Records: | Budget/ Avis Absence of a Business Record Certification | | | |
| 53 | Records: | Fox Rental | | | |
| 54 a1-2 b1-3 c1-2 d1-6 | Photograph(s): | From Amy Vega's phone<br>Screenshots: Jimenez, Serrano, and M. Jimenez<br>Screenshots: Serrano and Alexandra Owens<br>Screenshots: Mondrian Hotel South Beach<br>Screenshots: M. Jimenez (jacket) Serrano | | | |
| 55a 55b | Photograph(s): | Jessica Cedeno's Photos<br>Photo: Photo of Brickell City Centre on Phone<br>Photo: Serrano in New York Shirt | | | |
| 56a 56b-f 56g-p 56q, v | Photograph(s): | Jaime Serrano Phone Contact<br>Elevator photos<br>Apartment photos<br>Photos with location data | | | |
| 57 | C.A.S.T. Analysis | | | | |
| 58 58a | Recorded Statement: | Jaime Serrano Telephone Recording<br>Transcript | | | |
| 59 59a | Recorded Statement: | Jaime Serrano (June 2022)<br>Transcript | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 61<br>61a | Recorded Statement: Julian Jimenez (June 2022)<br>Transcript | | | |
| 63 | Phone Hard-drive Records/ Jimenez | | | |
| 64 | Phone Hard-drive Records/ Serrano | | | |
| 65 | Summary Exhibit: Timeline | | | |
| 66 | Summary Exhibit: Location with photos | | | |
| 67<br>67a | Photograph: Lightened Image<br>Recording re lightened image | | | |
| 68 | Summary Exhibit: Comparison | | | |
| 74a-j | Photograph(s): Evidence Swabs | | | |
| 75a-i | Photograph(s): Alex Vega Injuries 2023 | | | |
| 76a<br>76b<br>76c<br>76d<br>76e<br>76f<br>76g | Records: Blackstar Studio<br>Trap House Studio<br>E-Magine Studio<br>Quality Music Group<br>Xtrings Studio<br>Arc Sound Studio<br>Sauce Lab | | | |
| 78 | Photograph(s): Rasheed Ali ("Fresh") | | | |
| 79 | Photograph(s): Tamrat Shifta Mason | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| **80** | Photograph(s):   Jaime Serrano | | | |
| **85** | Composite Exhibit:  Photographs Shown to Julian Jimenez During June 2022 Interview | | | |
| **87** | Stipulations | | | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Katherine W. Guthrie
Katherine W. Guthrie
Assistant United States Attorney