✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | FLORIDA |
|---|---|---|

UNITED STATES

V.

JULIAN JIMENEZ

## EXHIBIT AND WITNESS LIST

Case Number: 22-CR-20389

| PRESIDING JUDGE Hon. Roy K. Altman | PLAINTIFF'S ATTORNEY Abbie Waxman, Michael Gilfarb | DEFENDANT'S ATTORNEY Abigail Becker, Andrew Jacobs |
|---|---|---|
| TRIAL DATE (S) 8/3/2023 | COURT REPORTER Francine Salopek | COURTROOM DEPUTY Janier Arellano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | | | | transcript of interview of M.J. |
| | B | | | | video recording of A.V. and M.J. |
| | C1 | | | | audio recording of interview of A.M. |
| | C2 | | | | transcript of interview of A.M. |
| | D | | | | application for search warrant |
| | E | | | | Photograph |
| | F | | | | Photograph |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

UNCLASSIFIED

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



**FBI Miami**
2030 Southwest 145th Avenue
Miramar, Florida   33027

| | |
|---|---|
| File Number: | 166C - MM - 3311856 |
| Typist Name: | Alyssa King |
| Name of Reviewer: | SA Samuel Band, Gerard Starkey |
| Name of Document File: | My Recording – 211006_1559 |
| Date of Recording: | October 6th, 2021 |
| Type of Recording: | Recorded Interview |
| Task Number: | 1 |
| Participants: | SB – Samuel Band |
| | GS – Gerard Starkey |
| | MJ – Marcos Jimenez |
| | |
| Abbreviations: | [UI] -  Unintelligible |
| | [OV] – Overlapping Conversation |

UNCLASSIFIED

CONFIDENTIAL

RSDO 12_007923



UNCLASSIFIED

File#:   166C - MM - 3311856
Date:    October 6th, 2021
CD#:     My Recording – 211006_1559


GS: Hey, how are you?

MJ: How are you doing?

GS: Good, good.

MJ: [UI]

GS: [UI]

GS: How are you doing?

MJ: Good, good, getting used to this humidity [laughs].

SB: Yeah, from LA.

MJ: Cause I'm from LA so [UI].

SB: Yeah, beautiful weather.

MJ: Yeah.

GS: Do they even know what humidity is in LA?

[Laughter]

MJ: Sometimes, very little, I was sweating. It was humid today.

GS: Yeah it's kind of like when they have rain, right?

MJ: It just rained for the first time a few days ago . . . in a year.

GS: And it – its Marcos right?

MJ: Marcos. Everybody calls me Mikey, but it's Marcos.

GS: Okay man. Can I call you Mikey?

MJ: Yeah of course.

GS: Alright. Hey, first off, appreciate you coming here sorry we kept you waiting out there.

1
UNCLASSIFIED

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:  October 6th, 2021
CD#:  My Recording – 211006_1559


MJ: It's okay.

GS: But, just trying to get everybody cleared and get in the building now, and COVID, and you know all that stuff. So um, just wanted to go over a couple of things. You came here on your own right –

MJ: [OV] Yes.

GS: - you came yourself?

MJ: Yes.

GS: Okay. Any issues with getting here? Get traffic or anything?

MJ: No.

GS: Okay. So the other thing too is that you're free to leave at any time.

MJ: Okay.

GS: Just wanted to make sure you understand that. You know, nothings compelling you to stay here, the doors open, you - you're two doors away from the outside.

MJ: Okay.

GS: Okay and none of them are locked.

MJ: Cool.

GS: So that being said, we – we understand and we'll get to kind of the content in a few minutes but couple things we have to go over and a couple housekeeping things first. Do you mind if I take this off? I'm vaccinated.

MJ: I'm -- I'm already sweating underneath here. I'm vaccinated and I just got retested. We travel so we gotta get tested every week.

2
UNCLASSIFIED

UNCLASSIFIED

File#:   166C - MM - 3311856
Date:   October 6th, 2021
CD#:   My Recording – 211006_1559

GS: Nice but I think that's miserable.

[Laughter]

MJ: [UI].

GS: [UI] That – that being said, so, one thing that – listen when you talk to us, were not going to lie to you and we appreciate you being truthful with us. Okay?

MJ: That's why I'm here.

GS: If there's something that's uncomfortable and you – you don't want to talk about it, rather than lie about it, just say "Hey can we come back and talk about that again?" Alright? So, just don't say if the question is, "Hey you wearing a black shirt?" and you don't really feel comfortable, don't say "No." because the answer is pretty plain.

MJ: Yeah.

GS: Okay? Just say "Hey I don't really want to talk about that right now."

MJ: Copy.

GS: So, part of what we do is we get kind of a background and overview of who – who were talking to, so we know who you are, and go from there.

MJ: Oh cool. I need that background check cause I've been trying to get into Canada for work, so it beats me going to -- back to New York to get it [UI].

GS: Is Canada even letting people in?

MJ: Oh they just cancelled it. I have – I have a DUI and in Canada DUI it's like –

GS: [OV] It's like murder.

SB: Oh wow, jeez.

UNCLASSIFIED

CONFIDENTIAL                                                        RSDO 12_007926

UNCLASSIFIED

File#:   166C - MM - 3311856
Date:    October 6th, 2021
CD#:     My Recording – 211006_1559


MJ: So I gotta go to New York, get all that paperwork, and [UI] Canada there.

GS: Okay. So, and its Marcos Jimenez?

MJ: Jimenez that's correct.

SB: Mikey, your date of birth?

MJ: ███████

SB: Best phone number to reach you at?

MJ: [UI] uh New York City.

SB: Best phone number to reach you at –

MJ: [OV] Oh ███████

SB: Mhm.

MJ: 3████████████

SB: And that's the one I was just communicating –

MJ: [OV] [UI].

SB: Do you have any alternate phone numbers?

MJ: No.

SB: Email address?

MJ: ███████ -

SB: Mhm.

MJ: -████████████████.

SB: Current address?

MJ: █████████████████████████████

4
UNCLASSIFIED

CONFIDENTIAL                                                      RSDO 12_007927

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:   October 6th, 2021
CD#:    My Recording – 211006_1559


GS: █████████████? 

MJ: Yes. And that's in ████████████████████.

SB: You said to me as were walking in that you'd just moved to a new –

MJ: [OV] I'm in the transition of moving, yeah.

SB: Okay.

MJ: I'm living with my boss, which is Marc Anthony.

SB: Okay.

MJ: So –

SB: [OV] Do you know the address there?

MJ: ████████████? Right across the street from ██████████. What is that street uh . . .

GS: ████████████?

MJ: ████████████ yeah.

SB: Do you know the apartment number?

MJ: Uh ████████

GS: And uh – the – um telephone number. Who's the phone carrier for that?

MJ: Mine?

GS: Yes.

MJ: T Mobile.

GS: T Mobile?

MJ: Mhm.

5
UNCLASSIFIED

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:  October 6th, 2021
CD#:  My Recording – 211006_1559

GS: And how long have you had this number?

MJ: Ah, about ten, maybe thirteen years.

GS: So quite a long time.

MJ: Yeah.

GS: And – and what's your education level?

MJ: Uh 9th grade I – I quit school.

GS: Any uh schooling after that? Trade school?

MJ: No.

GS: If somebody asked you what do you do for a living, what would you say?

MJ: I'm a sound engineer.

GS: You must have had some training for that.

MJ: School of hard knocks, night clubs in New York City [laughs]. Yes.

GS: [laughs] You mean [UI] had to go silent when it shouldn't? That's kind of like the learning

curve?

MJ: Oh yeah no I [UI] when I was 16 years old and I was like, and I got my ass chewed out for a

couple of years but . . .

GS: [laughs]

MJ:  I ended up working with the biggest salsa artist in the world so, I kind of I paid my dues.

GS: Kind of moving up?

MJ: Yeah.

GS: So, sound engineer and do you work for a company, do you have a company you work for?

6
UNCLASSIFIED

CONFIDENTIAL                                                                                          RSDO 12_007929

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:  October 6th, 2021
CD#:  My Recording – 211006_1559


MJ: [OV] [UI]

GS: Yeah what's the name of that?

MJ: On the Mic Productions. On O – N, the –

GS: [OV] On the Mic.

MJ: M – I – C productions. And that's just a private – I'm a private contractor. But for Marc

Anthony I work just – Mike – Marcos Jimenez. I don't use my companies name for Marc.

GS: And you work for Mr. Anthony?

MJ: That's correct.

GS: Do you draw a salary from both companies or?

MJ: Um, I just started working for them as a production – as a property manager. So I'm only

getting one salary right now which is my touring salary.

SB: You said as a property manager, could you explain that in addition to you being –

MJ: [OV] Uh.

SB: - to you being a sound engineer.

MJ: I was a property manager for Marc Anthony uh twelve years ago.

SB: Okay.

MJ: And I remarried and had to release one job because I was – I couldn't do both and then be

married at the same time so.

GS: So –

MJ: [OV] Now I'm getting separated.

SB: Okay.

7
UNCLASSIFIED

CONFIDENTIAL                                                    RSDO 12_007930

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:  October 6th, 2021
CD#:  My Recording – 211006_1559


MJ: So now the doors open again that I can have another full time position.

SB: I see.

GS: So you're currently married but separated?

MJ: Current married yeah.

GS: Okay and your wife's name?

MJ: Angelina Alvarado.

GS: Angelina?

MJ: Mhm.

GS: Can you spell the last name?

MJ: L – A – V, oh my god oh god [laughs] [UI].

GS: Is it Alvarado?

MJ: Alvarado.

GS: A – L?

MJ: A – L – V uh – shit.

GS: V – A – R – V – O?

MJ: Yes.

SB: You didn't think you'd be getting a spelling test today huh?

MJ: Uh Jesus no just –

SB: [laughs]

GS: Questions only get harder after this.

MJ: [laughs] I hope – thank god my wife wasn't here.

8
UNCLASSIFIED

CONFIDENTIAL

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:  October 6th, 2021
CD#:  My Recording – 211006_1559

GS: Oh then you'd really be divorced. You – you know her date of birth?

MJ: Yes um . . . February 10th 1976.

GS: Don't screw that up.

MJ: [laughs] No.

GS: Alright, and do you know her phone number?

MJ: ████████████████████.

GS: And does she still reside in California?

MJ: Yes, yes. We're still married but just – you know.

SB: And she resides at the address that you gave us right?

MJ: Same address that's correct.

GS: So you decided to take a 3000 mile separation?

MJ: Yes, something like that.

SB: Uh you being the property manager, what is the property that you manage?

MJ: I just started and uh I have meeting today -

SB: [OV] Okay.

MJ: - of what is my position exactly so.

SB: Okay, understood.

MJ: Yeah.

SB: To your knowledge is it going to be properties in Miami or –

MJ: [OV] Miami, [UI] Miami, and then he has a farm, I don't know the exact address of the farm.

9
UNCLASSIFIED

UNCLASSIFIED

File#:   166C - MM - 3311856
Date:    October 6th, 2021
CD#:     My Recording – 211006_1559

SB: Okay, that's fine.

MJ: I know it's in Ocala.

SB: Okay.

GS: Any uh bank accounts?

MJ: Yes.

GS: And who do you bank with?

MJ: Wells Fargo.

GS: Any others?

MJ: That's it.

GS: Okay. Children?

MJ: One.

GS: Child's name?

MJ: Julian Jimenez.

GS: And do you know Julian's uh date of birth.

MJ: He's 25 now ███████ ██ ███ .

GS: And where does he live?

MJ: Upstate New York.

GS: Do you know what kind of work he does?

MJ: Right now he's uh like a janitor for the – for some properties.

GS: So uh a mechanical –

MJ: [OV] [UI].

10
UNCLASSIFIED

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:   October 6th, 2021
CD#:    My Recording – 211006_1559


GS: Okay. Is he married? Single?

MJ: Single.

GS: Do you know his telephone number?

MJ: I don't know it by heart but I have it on my phone.

GS: Do you have your phone with you?

MJ: Yeah.

GS: Could – could you look?

MJ: Sure.

GS: [UI] life line for you. All of the other numbers you knew right off the top.

MJ: Back in the day we used to have a piece of paper with all of our numbers on it.

GS: Yeah I think I know those days. Sam doesn't but.

[Laughter]

MJ: I didn't think you would [laughs].

SB: Your rolodex.

GS: Mhm.

MJ: He just called me … I just spoke to him [UI] … and the number is ██████████ –

SB: Mhm.

MJ: ████████.

GS: And how do you get along with your son?

MJ: Um I get along, very well.

GS: Okay. Do you give him any type of financial support or anything?

11
UNCLASSIFIED

UNCLASSIFIED

File#:   166C - MM - 3311856
Date:   October 6th, 2021
CD#:   My Recording – 211006_1559


MJ: Sometimes.

GS: Kind of as needed or?

MJ: Yeah like 50 bucks that, 100 bucks. You know. Yeah.

GS: Okay.

MJ: I have a grandson so, I – I I'm thinking I'm helping that cause.

GS: Congratulations.

MJ: Mhm thank you. He just asked me for money the other day.

GS: So, I'm kind of an old school guy as you can already tell. Uh I won't lie to you.

MJ: Mhm.

GS: Don't lie to us.

MJ: Okay.

GS: And I think it's easier sometimes that I ask somebody why they're here. Why did you come in?

MJ: I had a conversation with this gentleman named Tyrone Viruet, Viruet, which is um head of security for Marc Anthony's firm - company. And he's a friend of mine, we grew up together in high school and stuff. So, Alex Vega, we became close friends cause we were all in the same Marc Anthony circle and we all uh became close friends. And then one day he gave me a lot of shade and I'm like damn I just moved from California, I was happy to see everybody and he gave me some shade, Alex Vega, and I was like hm that was weird. So uh that night I told Tyrone, I said "Damn that was weird he – he gave me so much shade like he didn't even say hi, shake my hand and turned his – turned away." Felt weird. Tyrone goes, "No Mikey he was just

12
UNCLASSIFIED

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:  October 6th, 2021
CD#:  My Recording – 211006_1559

probably busy." and I just find it super weird. 2 months after that um I'm New York City and

Tyrone tells me "I need to talk to you." and I'm like "Okay."

SB: 2 months ago?

MJ: Was it 2 months ago? I don't remember my wife's [UI]. Um we had – I don't know what we

had in New York City or Connecticut. It was probably a month – a month or two ago.

SB: Okay.

MJ: Somewhere in that timeframe. And um "I gotta talk to you really serious." I'm like "Okay –

you know talk to me, what's up? Come to my room." Comes to the room. And he was like um

"Hey um you know that little vest that you got with that with that motorcycle club thing on it?" –

GS: [OV] [coughs] Excuse me.

MJ: -- and I'm like "Yeah. My jacket, my – my brothers. There's only three of us that have it."

"Did anybody come to the concert with that vest on?" I'm like . . . "No, my brothers' jacket and

my black jacket [UI] I haven't seen it in ten years so, no." "There was this guy . . ." I'm like

"Alright hold on Tyrone, w – what are all these questions? Just come out and tell me what's

going on." Well, "This guy's being investigated and you came out in – in a picture with him in

Madison Square Garden." I said, "Well there's two pictures actually that came out with him,

Madison Square Garden and Foxwoods Casino Resorts." He goes, "Yeah who was that guy?" I

said, "Him that's my friend, this guy." He goes, "Yeah that's the guy." I said, "Yeah Jaime

Serrano that's the guy." Yeah he said, "So, alright now you know that [UI] he's being

investigated." I said, "What, by Alex?" And he goes "Yup." I said, "Oh okay." "So Mikey is he

capable?" I said, "Stop right there." But he is a childhood friend of mine and we are close but we

13
UNCLASSIFIED

RSDO 12_007936

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:  October 6th, 2021
CD#:  My Recording – 211006_1559

don't talk personal like every day, "Oh whatcha doing? Hey, hi, what's up? Miss you bro." We

do say I love you because we've known each other since we were like one years old. And I know

his whole family, and his uncle is my best friend and lives in Tampa Florida, who grew up in

church so it's a little small in the community. And – and I'm like wow, the first thing that came

to my head is my son hangs out with him. And I was like "Wait – wait - wait what – what are

you telling me?" You know like, "Well he's – he's the number one suspect in this case." And

I'm like "Wow, I know my son came out to Florida, I don't know the exact date, but I'll find

out." He said, "No – no - no you can't tell anybody cause you're gonna mess everything up."

And then about a month and a half since I know this, it's been eating on me just . . . I know my

son went to Florida one time and, I've been sending him like 40, 50 – 200 bucks to help him out

to maybe buy a ticket or something. He needed some cash or whatever, I'm like okay. And it just

stuck in my mind and I – I told him [UI] it's in my mind, you know like, should I say something?

You know. I didn't, of course cause I was told not to. And then last – what two nights ago, when

was it? Two nights ago, Alex Vega is over so were having some drinks and we all – we all

friends but in the back of my mind I want to talk to Alex Vega like shit, you know. So we started

talking and then he started yelling, I started yelling – not yelling like fighting like well "What the

fuck!" or like – but I know the guy and that's all I'm saying and you gave me shade that day

cause of something I had nothing to do with, you know what I'm saying? But I don't know it

could be a coincidence, I have no idea, I – I don't know what the guy is capable of. But I know

him, and my sons always hangs out with him. So I remember asking Tyrone, "Can I see the

video footage?" Cause I've seen it before, they sent it to me when it first happened. And [UI]

14
UNCLASSIFIED

UNCLASSIFIED

File#:   166C - MM - 3311856
Date:   October 6th, 2021
CD#:   My Recording – 211006_1559

holy shit it's a lot [UI] and – and again in front of Marc Anthony I said, "Show me the footage

again." Cause I – my son is 6'1 250 pounds . . . can't run that much, he runs like a duck, uh but it

didn't look like my son so I felt better about it I was like okay. And that's what I told Alex Vega.

You know the guy, the last time he hit me up, his name in Spanish is Jaime instead of Jaime, so

when I say Jaime I get that confused. Um hit me up on Instagram "Yo I'm gonna be in LA." I'm

like "Oh shit my brother [UI]." Meanwhile I already knew this information, right. I didn't say

anything and tell him like "Yo bro you – you're being investigated." [UI] oh my god. "Yo I'm

gonna be on tour sorry I can't hang." You know, but still keeping it cordial. Uh you know um,

and then, so, he went to Fox to that concert about two years ago [UI] and uh he works there as a

stage hand, I didn't know that. Says "Yo I'm here at Foxwood you at the concert?" I go "Yeah

come hangout with me, you know come hangout. I love you my brother, come hangout." Hung

out, took some pictures. Me, my son, that's when I get to see my son he hung out with me. And

then uh the next time was, I didn't know this was two months after Alex got shot, Jaime was in

Madison Square Garden with me at the concert. And that's where that all started, like a little

friction between me and Alex. But I didn't know we had friction but I felt something. And I was

like, "Yeah that's me I'm not hiding anything. Like that's me, that's my son, that's a comedian, a

friend of mine and this guy named Johnny." Yeah it's just – were all just hanging out. So, but in

the back of my mind I – you know I remember my son coming to Miami with him at one point

and I'm like oh hey cool, cause I think he's like a manager for some small rap artist, I really

don't know what he really, really does beyond. And that's why I came – I told Alex I'm like,

"Shit, you know, I wanna clear my name you know, it's a coincidence, but if he's the guy, fuck.

15
UNCLASSIFIED

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:  October 6th, 2021
CD#:  My Recording – 211006_1559

Mic me up!" You know what I'm saying, I – I don't care if he goes to jail it's not like my brothers [UI] you know. But I was I – I worry about my son, like if he knew anything.

GS: How do your son and uh Jaime get along?

MJ: They're really cool. I actually, I liked it because he was into the music business, I wanted my son to try to follow in that kind of footsteps into the music business. It didn't work out well, my son was like "I don't want to do that." I'm like "Okay cool." But, [UI] my son called me the other day and said, "Dad do you know the owner of this nightclub in New York?" I'm like "Oh yeah I know that, I can get you tickets [UI]." He's like "No Jaimeto--" we call him Jaimeto, Jaimeto, well we call him disco cause that's his nickname disco. "Jaimeto is doing a rap show but the tickets sold out." So "Yeah I can get you in." Meanwhile, I still know what the fuck is eating my head up and my heart, you know. And that's about it. That's why I told Alex like "Oh you know, I don't know the exact day he was in Florida with Jaime I – I honestly don't cause I didn't buy the ticket."

SB: Mhm.

MJ: But I know he was out there with him for like the day, and then like someone [UI] to his best friend's house. I don't know, I don't know his address or name, my son's [UI] he can figure it out.

GS: Your son ever been in trouble before?

MJ: Minor, minor trouble like traffic stop, driving without license.

GS: Why would somebody want to shoot Vega?

MJ: I have no idea.

16
UNCLASSIFIED

                                                                                      RSDO 12_007939

UNCLASSIFIED

File#:   166C - MM - 3311856
Date:   October 6th, 2021
CD#:   My Recording – 211006_1559


GS: I mean, he – he's kind of a member of this group you're in.

MJ: [UI] --

GS: [OV] How does he get along with everybody?

MJ: I – I don't know Alex Vega, only through Marc Anthony. So when I'm with Marc, Alex
Vega is there. That all I – and he has fancy cars.

GS: And – and what's his relationship with Marc?

MJ: Mutual friends. He does a lot of Marc's cars [coughs] and his vans and [coughs] all that.
Sounds system in the cars and stuff like that.

GS: How would we be able to find out when your son was in Florida?

MJ: I don't know how to ask him without him having an idea, somethings going on. I don't
know, you guys tell me [UI]. I say, "Oh when were you in Florida with disco? What day was
that?" You know, would it – would it be that suspicious like I don't know. I don't want to ruin
anything.

GS: Mhm.

MJ: So, I'm willing to ask like, I don't talk to his mom so, were just not good friends.

GS: Where does she live?

MJ: He – my son lives with her in upstate New York. I don't know the exact address, I'm not um
. . .

GS: You have a town?

MJ: [UI]

GS: [UI] New York?

17
UNCLASSIFIED

CONFIDENTIAL                                                      RSDO 12_007940

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:  October 6th, 2021
CD#:  My Recording – 211006_1559

MJ: [UI] New York, yeah.

GS: It – it's gotta be tough to come in and talk about your son possibly being implicated in a crime.

MJ: It drives me crazy, yeah.

GS: So, part of what we do is we look to find out why, but we also look to find out if he was here. You know so if you have a way, like text messages, or photos that he may have sent you that he was down here that would be a great help to us.

MJ: I agree, but look uh but this is a new phone so I don't have all of the pictures but if I have to call – I could call his mom, I don't even think I have her number saved.

GS: But if you don't communicate with her that would be a little strange right?

MJ: Yeah, I think so. I mean she would be happy because she tries to talk to me and I'm like whatever, you know but [UI].

SB: Do – do you know if he traveled down with Jaime from New York to Florida, during that time frame? Or did he meet with him here?

MJ: I – I think he flew.

SB: With? Or –

MJ: [OV] No by himself.

SB: Okay.

MJ: This is two years ago –

SB: [OV] Sure, sure.

MJ: - I'm trying to be clear as possible.

18
UNCLASSIFIED

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:  October 6th, 2021
CD#:  My Recording – 211006_1559

SB: No I appreciate that. And uh, does he typically rent vehicles out of airports? I don't know if

you'd know the answer to this. Out of the airport or would he use like these new apps like Turo,

or something like that to rent a vehicle? Would you know?

MJ: My son probably didn't have the license to do that.

SB: Okay.

MJ: It got suspended.

SB: [OV] Got it, okay.

MJ: Or he lost it or something. Yeah he doesn't have a major credit card either.

SB: He does not. Do you know if he banks --

MJ: [OV] [UI]

SB: - with anyone? Debit card or anything?

MJ: He uses his mothers' bank account cause he doesn't have one.

SB: Okay.

GS: What's the mom do?

MJ: She's uh school safety officer in New York City.

SB: Now you said something earlier that I just want some clarification. You said you watched

the video of the incident itself, the shooting, and you said something about your son running like

a duck, and whether or not that was him or not him or like –

MJ: [OV] It – it didn't feel like my son and it didn't look like my son.

SB: I see. Okay I just wanted –

19
UNCLASSIFIED

UNCLASSIFIED

File#:   166C - MM - 3311856
Date:   October 6th, 2021
CD#:   My Recording – 211006_1559

MJ: [OV] And – and I saw it kind of close because there was an image on the video that, you

know was kind of close. Didn't look like my son, did not feel like my son. And I felt better about

myself, and even Marc knows my son since he was a baby and I said, "Let's watch it all together

Marc you know my son." You know. And he's like "Nah no way."

GS: Does – does Jaime Serrano have any kids?

MJ: Yes . . . he does.

GS: What do you know about those kids?

MJ: I don't know much. I know one is from his ex-wife and he's probably like 20 years old, 22 .

. . 21. And I met him once when he was probably like 4 years old.

GS: So he's probably changed a lot.

MJ: I saw a picture of him recently. Yeah 4 year old to now yeah he looked like a man.

GS: Do they – do they hang out at all together or? Serrano and your son?

MJ: His son –

GS: [OV] Yeah.

MJ: - and my son? Not that I know of. My son hangs out more with Jaime [UI].

GS: That's kind of strange the age difference like that.

MJ: I think he – he I think um, if Jaime's son would be like "I want a role model, I want to

follow in Mikey's footsteps", I'd probably would took him in and shown him the ropes. I don't

think it's that strange. I kind of allow it cause I – I know the guy since I was a baby so. And he's

probably like 4 years younger than me or something like that.

GS: Okay.

UNCLASSIFIED

CONFIDENTIAL                                                               RSDO 12_007943

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:   October 6th, 2021
CD#:   My Recording – 211006_1559

SB: The number that you gave us for your son ███████████████, has he had that number for a long time or is it fairly new?

MJ: His mother just got him that new number.

SB: Okay.

MJ: Um maybe like . . . a month.

SB: A month ago?

MJ: Yeah.

SB: Okay.

MJ: Mhm.

GS: Do you have the old number?

MJ: I – I have a few at least [UI]. Uh do do do do [UI]. June . . . oh the numbers the same one ██ ███ ?

SB: No, [UI].

MJ: Okay so ██████

SB: Mhm.

MJ: ██████████. That was one of his longest numbers he had.

SB: How long would you say he had that? This was the number before the one you just gave me?

MJ: Yeah, probably like 3 years, 4 years.

SB: 3 to 4 years.

MJ: Yeah.

SB: Okay.

CONFIDENTIAL                    RSDO 12_007944

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:   October 6th, 2021
CD#:    My Recording – 211006_1559


GS: Would uh – would you have any issues giving us a DNA sample?

MJ: Um, I don't think I should give you my DNA sample. Um if you think my son has [UI] –

GS: [OV] One of the – one of the ways we could do it, and it keeps the integrity of the case kind of quiet, is we ask somebody in the family to give us DNA cause then we could get what's called familial DNA.

MJ: Right.

GS: And we do a database – um it's now becoming really widespread used across law enforcement because sometimes somebody who commits a crime, their DNA might not be there but a family member is. So we can identify it that way, it would be – it would really be helpful to us.

MJ: Okay.

GS: You know it's just, there's no blood involved, no needles, you just do a swab.

MJ: I'm okay with it just I – you know I'm a little nervous –

GS: [OV] [UI]

MJ: - and he's my son. You know.

GS: I – I understand. But you know this also, DNA works great, it works great both ways. It can clear, or it can convict.

MJ: And I'm cool with it.

GS: Okay –

MJ: [OV] Just a little shady and then you know –

GS: [OV] No I mean it's –

UNCLASSIFIED

CONFIDENTIAL                                                                RSDO 12_007945

UNCLASSIFIED

File#:   166C - MM - 3311856
Date:   October 6th, 2021
CD#:   My Recording – 211006_1559


MJ: [OV] [UI] [laughs]

GS: Were all dads in this room. Okay? All dads want to believe in their kids, they want to do the right thing but sometimes those tough decisions come about.

MJ: Yeah that's probably one of the toughest ones right now.

GS: Just coming in was tough. You know and like I said when you walked in, we appreciate it. You know I can't imagine being in your shoes, but I'd like to imagine that I would do the right thing and be –

MJ: [OV] Yeah that's why – that's why I'm here.

GS: - cooperative. Right.

MJ: So, yeah.

GS: So, uh it – it's really there's like a couple steps to it. We have to get your consent, so we just have you sign the consent form, we'll read it to you. And then Sam puts on his nice latex gloves, runs a swab around your mouth for 10 seconds on each side.

MJ: [UI] COVID tests.

GS: Well were not going to [laughs] They put it in your mouth though?

MJ: Yeah the hospital where I was they put it in my mouth first and then they stick it up my nose and I'm like [UI] first. [UI]

GS: What hospital is that?

MJ: Um Kaiser Permanente.

GS: Yeah I'm not going there.

[Laughter]

23
UNCLASSIFIED

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:   October 6th, 2021
CD#:    My Recording – 211006_1559


GS: I mean that sounded brutal.

MJ: Yeah it is brutal, it is brutal. Um, yeah sure.

GS: Listen Mikey, we appreciate it. Okay?

MJ: I told Alex I would do it um. So, I just don't want to testify against my son, if he is found with anything.

GS: Let's – let's take it one step at a time.

SB: You may – may never even get to that level and Starkey said this could completely close the door in terms of that avenue. So, again.

MJ: Okay.

GS: And – and one thing we also do [UI] is we can't tell you not to talk to people, but for us to keep the case and the integrity of the case, we ask that you be careful who you talk to.

MJ: [OV][UI]

GS: Especially about conversations that you had with us.

MJ: I am, I've been dealing with that for a month and a half yeah [UI].

GS: I'm going to step outside for just a minute because I have to jump on another call.

MJ: Awesome.

GS: You good Sam? I'll just be right over here.

SB: Yeah, all good. All right Mikey so all this is, is there's gonna be uh two uh q tips and you can do it yourself. You just put it on your cheek, swab it around on both sides and then we'll put it in the box and that's it. Um so it's pretty simple uh but what I'd like to do is fill out the consent form that Starkey had just mentioned. Uh it just says here, and I'll let you read over it as soon as

24
UNCLASSIFIED

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:  October 6th, 2021
CD#:  My Recording – 211006_1559

I fill it out, just basically says describe the persons or places or things to be searched. I'm just going to write your name, date of birth and saying DNA swab um and then right here it says I've been advised of my right to refuse consent. Similar to you sitting here, you don't have to sit here you can walk out whenever you want to. Uh and then I give this uh permission voluntarily and then you would just sign here and I'll be a witness, Starkey can be a witness to you signing here. And that's all that is um but I'd have to fill it out and then what we typically do, this isn't uh absolute must but this is just receipt for property saying that on this date and time at this location we collected this. And then I can give that to you if you want to have a copy yourself, we just keep a copy for our self just saying that we notified you that we took something. And that's it. Makes sense?

MJ: Yup.

SB: Cool. And just to uh make sure I have everything right, Marcos is M – A – R – C – O – S? Jimenez, J – I – M – I – N – E – Z?

MJ: J – I – M – E – N – E – Z.

SB: Got it, thank you. And your date of birth I have ███ -

MJ: ███████

SB: ███████

[Pause]

SB: So Mikey what I'll ask that you'll do is just on the signature line if you wouldn't mind just printing your name first and then signing there. And it goes over everything that we discussed. Thank you. Just put myself as a witness.

25
UNCLASSIFIED

CONFIDENTIAL                                                      RSDO 12_007948

UNCLASSIFIED

File#:   166C - MM - 3311856
Date:   October 6th, 2021
CD#:   My Recording – 211006_1559

MJ: So nobody's ever going to find out I did this? Only you guys?

SB: That's correct.

MJ: I – I don't want my family to go against me or whatever, you know how that goes.

SB: I – I get that, we do our utmost to protect anyone who's come in and spoken to us. We don't
–

MJ: [OV] Yeah.

SB: -- we don't put that out to media, we don't put that out it's not just public information. Um
and that's something that we try to protect everyone uh as best we can. There are no 100%
guarantees something can't come out in some way shape or form but Starkey and I sitting in this
room, there is absolutely no one were going to spread this to if that makes sense.

MJ: My family would murder me [laughs].

SB: Don't say that. Um alright so, we'll do this.

MJ: And just to let you guys know he's in Florida right now.

SB: Um your son?

MJ: No, Jaime.

SB: Jaime's currently [UI], do you know what for?

MJ: [UI] he's touring with another rap band.

SB: Okay. Do you know where in Florida?

MJ: The last post he put was uh, I just know off of Instagram.

SB: Sure.

MJ: Key West.

UNCLASSIFIED

CONFIDENTIAL                                                                    RSDO 12_007949

UNCLASSIFIED

File#:   166C - MM - 3311856
Date:    October 6th, 2021
CD#:     My Recording – 211006_1559

SB: Key West?

MJ: Yeah.

SB: Okay. Does your son have uh any social media accounts?

MJ: Yeah.

SB: Do you know which – which ones?

MJ: Sure.

SB: Unfortunately because you have Wi-Fi and Bluetooth off you might not be able to access

everything as sufficiently as –

MJ: [OV] Oh uh yeah maybe my searches, they ain't gonna pop up?

SB: It might um or because Wi-Fi is off I mean you can try but it's okay if it doesn't show up,

we can always make contact after the fact but, off the top of your head does he have Facebook,

or Instagram or what?

MJ: He has –

SB: [OV] Tik Tok, Snapchat all of those things?

MJ: I don't know about Snapchat or Tik Tok –

SB: [OV] But he has an Instagram?

MJ: He has an Instagram. Um what is it? He likes my pictures all the time . . . Yeah, oh wait

June bug forever?

SB: That's his uh, that's his Instagram?

MJ: [UI]

SB: June bug forever?

27
UNCLASSIFIED

CONFIDENTIAL                                         RSDO 12_007950

UNCLASSIFIED

File#:   166C - MM - 3311856
Date:   October 6th, 2021
CD#:   My Recording – 211006_1559


MJ: He has this one.

SB: June bug 95?

MJ: Mhm.

SB: Can I just make a note of that?

MJ: Yeah.

SB: Underscore June bug 95. Does he have any other ones?

MJ: That's all I know. Um I can check another one I think he had, hold on. He has baby mama

drama so they keep changing,

SB: I see.

MJ: June bug never forgets, that's his old one.

SB: His old one. June bug, oh sorry there's no June bug it's just June.

MJ: Ju, never forgets.

SB: Ju never . . . forget. That's it. Is that current?

MJ: No, that's his old one. He has baby mamas so he cancelled that one.

SB: Okay, does he have any other ones?

MJ: That's it.

SB: Just those two?

MJ: Yup.

SB: Got it, okay. So, what I'll ask that you'll do um I can do it or you can do it, doesn't matter to

me.

MJ: [UI]

UNCLASSIFIED

CONFIDENTIAL                                                                    RSDO 12_007951

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:  October 6th, 2021
CD#:  My Recording – 211006_1559

SB: No, yeah, yeah don't – don't put it back there. Just on the side of your cheeks.

MJ: Got it.

SB: Okay so you can grab those two, and then put them on the inside of your cheek. You – you can do it at the same time if you want, makes it easier. It's for about ten seconds. Count to ten, you'll be good. Just hand each to me, that'll be good.

[Pause]

SB: Now if at some point in time we do decide we'd like to uh maybe set up some sort of recording of some sort with you and Jaime, would you be willing to do something like that?

MJ: Yeah.

SB: Okay.

MJ: Yeah. I mean if we – if I meet with him the first time probably not.

SB: What do you mean?

MJ: Like – if I go for the first time I probably don't want to be patted down, I don't know.

SB: Okay. But you think, is he – is he that uh –

MJ: [OV] No I mean –

SB: nervous? Does he pat you down [UI]?

MJ: No, it's just I think [UI] for Marc [UI] investigation. And it's just a little nerve-wracking.

SB: Okay.

MJ: So yeah.

SB: We wouldn't want you to do anything that you're uncomfortable with, right?

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:   October 6th, 2021
CD#:   My Recording – 211006_1559

MJ: No it's just – that's why I said [UI] first time, "Yo what's up how you doing let's have a drink [UI]." and then alright.

SB: Right.

MJ: Then the next time would be, you know . . .

SB: Okay.

MJ: But if I had to do it the first time, it is what it is.

SB: Gotcha, okay.

MJ: But yes, I'm willing to.

SB: Okay, appreciate that. Um, is there anything else you can think of that either you said to Tyrone, that you said you know the other night that – two nights ago, or a night ago, whatever it may have been, anything that comes to mind that you may have forgot to mention to us?

MJ: Talking about the night I spoke to Alex Vega?

SB: Mhm or to Tyrone, either one.

MJ: Well, I spoke to Alex Vega and Marc Anthony all right there right there [UI] the moment I called Tyrone and tell him "Listen I know you told me not to say anything but I had to."

SB: Okay.

MJ: So, yeah but.

SB: What was his response to that?

MJ: He said "Bro you know I'm gonna get in trouble." I'm like "No it is what it is my boss asked me to tell him, I told him."

SB: Okay.

30
UNCLASSIFIED

CONFIDENTIAL                                            RSDO 12_007953

UNCLASSIFIED

File#:   166C - MM - 3311856
Date:   October 6th, 2021
CD#:   My Recording – 211006_1559

MJ: So, you figure that out when you get in trouble. I didn't say I can't tell you cause he told me to tell you and Marc Anthony says "No you're gonna say what he said", was Tyrone cause Tyrone was helping out from New York because he was an old retired detective he was helping out that case and you know.

SB: So, can you think of any type of motivation that Jaime could have had associated with Vega? Does he even know Vega to your knowledge?

MJ: No I – I don't think he knows Vega, to my knowledge. Um, but to me I had Alex Vegas T Shirts on my Instagram and I have some pictures on my Instagram of Alex Vega so um, no I don't think he knows Alex Vega.

SB: Do you know of anyone in this group of people who, I guess, are associated with, friends with, works for, Marc Anthony that has any type of ill will or bad blood with Vega?

MJ: No.

SB: Nobody?

MJ: I live in California so -

SB: Yeah.

MJ: I was not around as much as I – everybody thinks I am but, um –

SB: Sure.

MJ: I – I no.

SB: Okay. Now, just to potentially clear your son's name of any of this involvement um, can you think of any type of post he may have done, maybe on the old Instagram that – that showed him in Miami at the time? With Jaime?

31
UNCLASSIFIED

CONFIDENTIAL

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:   October 6th, 2021
CD#:   My Recording – 211006_1559

MJ: I don't know but we could probably go outside, turn on the internet and we'll –we'll scroll [UI].

SB: Okay, maybe we'll end up doing that then. Okay, but other than that you – you can't think of a way, I know Starkey was talking about trying to figure out when he traveled, is there a way that you might be able to figure out when he traveled or anything like that?

MJ: I – I don't know how to ask my son about it, I don't want to make him suspicious.

SB: Yeah it might be super direct.

MJ: Yeah so, and then Tyrone said not to say anything so.

SB: Yeah no – no that's fine we air on the side of caution [UI].

MJ: Well there's probably plane tickets with my son's name.

SB: Mhm.

MJ: I don't think he drove.

SB: You don't think he drove?

MJ: No.

SB: Okay.

MJ: But, he didn't tell me he drove but he probably didn't tell me he flew either.

SB: Okay.

MJ: He says "Yo I'm in Miami I'm doing…" uh his exact words, I said "What're you doing?" He says, "Jaimeto works in rappers houses cleaning up their house –

SB: Mhm.

MJ: - and they pay me to clean up their house."

32
UNCLASSIFIED

UNCLASSIFIED

File#:   166C - MM - 3311856
Date:   October 6th, 2021
CD#:   My Recording – 211006_1559

SB: Okay.

MJ: Which I found weird because I don't think he's a carpenter.

SB: Okay.

MJ: Yeah but. And I was like "Alright cool." But then he says "Yo I'm going to Orlando I'm just going to go to Orlando." And those days I don't remember I just don't remember the day.

SB: You just know that after Miami he went to Orlando?

MJ: Yeah.

SB: Okay.

MJ: My son, not Jaime, I don't know where Jaime went.

SB: Okay, got it.

MJ: And I remember sending my son, 60 – 100 bucks or something like that.

SB: How did you send that to him?

MJ: Maybe through Cash App.

SB: Okay.

MJ: Probably. We could check [UI] there's still a history of it.

SB: Okay.

GS: Could you look at your Cash App now?

MJ: I don't have Wi-Fi [UI].

SB: No he doesn't have Wi-Fi no. Uh so, that is one I guess you mentioned that your son doesn't have a credit card.

MJ: Yeah.

33
UNCLASSIFIED

RSDO 12_007956

UNCLASSIFIED

File#:   166C - MM - 3311856
Date:   October 6th, 2021
CD#:   My Recording – 211006_1559

SB: And you said he uses your wife's debit card maybe or?

MJ: Yeah his paychecks now, go to his – I think it goes to his mother's account.

SB: Got it.

MJ: Cash app account now, he has a cash app account. So I think his job pays through Cash App.

SB: Okay. Does he have any other uh apps uh for finances?

MJ: Not that I know of, that's the only way I send him money.

SB: Okay. Can you open your Cash App like you opened your Instagram to see what his – if his profile name or username for Cash App is on there? I assume his phone numbers associated with it at least one of the two you gave us.

MJ: The first number I gave you, goes to that one. Uh Cash app . . . okay history, where would history be? Let me see if I sent money it would probably pop up. [UI] I – I don't know how that works though I just . . . history . . . I gotta figure it out [UI]. I think it has something to do with June bug forever, can I look through my texts? Cause I –

SB: [OV] Yeah sure that's fine.

MJ: - he send it to me on his text. "Dad can you please send me money for gas this weekend? Can you send me fifty bucks?" Uh . . . "I got my cash app can you send me something." [UI] it's gotta be here somewhere. [UI].

SB: Probably see sent.

MJ: Paper money deposit, let me . . . which one?

SB: Did you see anything that says sent or uh activity or anything like that? That should . . .

MJ: Hm.

34
UNCLASSIFIED

                                    RSDO 12_007957

UNCLASSIFIED

File#:  166C - MM - 3311856
Date:  October 6th, 2021
CD#:  My Recording – 211006_1559

SB: Recent transactions any – any of those? What about down here? History or? Keep going. What are the other ones? Nope.

MJ: [UI]

SB: No.

MJ: Let me see if I could go, cash out, let me see if I send it to him and – and that would pop up right?

SB: Mhm. Yup. That would work as well.

MJ: [UI] ten bucks. Pay. There. I'm sending him ten bucks [laughs].

SB: [UI] can ex out of it, so let me just write that down it looks like it's a –

MJ: And what I know of I think that's been his name for Cash App for a while.

SB: When you say awhile what do you think?

MJ: [UI]

SB: 29.

MJ: When his son was born.

SB: How old is his son now?

MJ: Two years.

SB: Okay.

MJ: He'll be two years, maybe three years. I'm bad with days.

SB: Sure. Did he have Cash App beforehand? With a different username?

MJ: No I remember it's always been that.

UNCLASSIFIED

CONFIDENTIAL                                                          RSDO 12_007958

UNCLASSIFIED

File#:    166C - MM - 3311856
Date:     October 6th, 2021
CD#:      My Recording – 211006_1559

SB: Money signs you never forget 49, got it, okay thank you. Um as I mentioned before this is the property receipt this is just saying what we collected from you, um just goes with what we fill out, more paperwork. Um, this is uh received by this is me, just signed. I put my name, I was originally filling out your printed name here but it's supposed to be your signature so I just put a line through it my initials. I put a line through here so I can't add anything else saying I took anything else from you. Um and I ask that you just sign there saying that we collected this from you, this date, this location, etcetera.

MJ: My sister in law used to work for the FBI.

SB: Oh really?

MJ: She passed away.

SB: I'm sorry to hear that.

MJ: Yeah.

SB: Where did she work out of?

MJ: Uh the New York office.

SB: Ah very cool.

MJ: Not as an agent, as uh secretary for a big squad.

SB: Okay, awesome. Alright well I don't have anything else. Do you have anything Starkey?

GS: When um, when your son was down here, did you have any contact with him at all? I may have asked you that.

MJ: I think I probably sent him money, I think he asked me for some money at the time.

GS: But you were not here when he was here?

UNCLASSIFIED

CONFIDENTIAL                                                                RSDO 12_007959

UNCLASSIFIED

File#:   166C - MM - 3311856
Date:   October 6th, 2021
CD#:   My Recording – 211006_1559

MJ: No, no.

GS: When, do you know anybody uh in Miami – do you know anybody in like say the car

business beside Alex?

MJ: No.

GS: But, why would they target Alex?

MJ: I have no idea. No idea.

GS: Okay. I'm good.

SB: Alright, same here.

MJ: You guys have my number.

SB: Yeah appreciate your time.

MJ: You can give me a call.

SB: Yeah, sounds good.

MJ: Can I use the restroom before I leave cause –

SB: Uh yeah should – shouldn't be a problem but you'll have to drop off your ID over here and

we'll have to walk over here, it's kind of a pain in the butt, but we can make it happen.

MJ: I'll probably go to a gas station.

SB: Yeah either way. Let me see, I mean if you want to do it here –

GS: Gas station is probably easier.

SB: It is probably easier.

MJ: Alright.

GS: And quicker.

37
UNCLASSIFIED

UNCLASSIFIED

File#:   166C - MM - 3311856
Date:   October 6th, 2021
CD#:   My Recording – 211006_1559


MJ: Did you say you have one more question?

SB: No no [UI].

MJ: Do I go out this way?

SB: [UI].


[End of Recording]

UNCLASSIFIED

CONFIDENTIAL                                                                                                    RSDO 12_007961

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION**



FBI Miami
2030 Southwest 145th Avenue
Miramar, Florida   33027

| | |
|---|---|
| File Number: | 166C – MM - 3311856 |
| Typist Name: | Alyssa King |
| Name of Reviewer: | SA Ryan Dreibelbis |
| Name of Document File: | 190606_0011.WAV |
| Date of Recording: | March 16, 2022 |
| Type of Recording: | Recorded Interview |
| Task Number: | 1 |
| Participants: | SB – Samuel Band |
| | GS – Gerard Starkey |
| | AM – Alexander Muniz |
| Abbreviations: | [UI] -  Unintelligible |
| | [OV] - Overlapping Conversation |

UNCLASSIFIED

C-2

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:  March 16th, 2022
CD#:  190606_0011.WAV


SB: So the best phone number for you that I have is – is that the only one or do you have any

other phone numbers?

AM: No that's the only one I have.

SB: Do you have a good email address?

AM: Uh chase –

SB: ▇ –

AM: [OV] A▇

SB: ▇

AM: My last name.

SB: M▇.

AM: At gmail.com

SB: Gmail. And could you just tell me your cell phone again?

AM: ▇

SB: Yup.

AM: ▇

SB: Yup.

AM: 2▇

SB: ▇. And is it okay if I call you Alex?

AM: Yeah [UI].

SB: Okay, perfect. Um, is this your current address or are you living somewhere else?

AM: Uh no I'm living somewhere else. I can give you the uh ---

1
UNCLASSIFIED

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:  March 16ᵗʰ, 2022
CD#:  190606_0011.WAV

SB: Yeah if you could tell me the current address that'd be great.

AM: Yes sir, yes sir. Um, ████████. Uh well the address, ████████████

SB: 1███████████████?

AM: ██████████ –

SB: Yep.

AM: ███ ████ –

SB: Yep.

AM: Miami, Florida.

SB: Is that an apartment or is that –

AM: Yeah it's an apartment. Apartment um 5 – 0 – 8.

SB: 5 – 0 – 8, perfect. Thank you, appreciate it. So I guess I want to discuss with you, cause I feel like we just touched on it, the conversation that you at some point had with Mikey. When was that? And where was it?

AM: It was last week. Either the 8ᵗʰ, the 9ᵗʰ, or 10ᵗʰ of March. It was either Tuesday, Wednesday, or Thursday. And we were at my – we were at my dad's house.

SB: Okay.

AM: We were just hanging out. And it was like towards the end of the night. Everybody had like probably went to bed and stuff and it was just me and him. And he goes, "I gotta tell you something." and I go, "What?" and he goes, "Let's go outside." And then that's when he told me everything.

2
UNCLASSIFIED

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:  March 16th, 2022
CD#:  190606_0011.WAV

SB: Okay. So, your dad's house. Were the – you said it was just you at the very end. Just the two of you. Um, who else was there that night?

AM: There was a few people there. A few people came over. Yeah, a few people came over to hangout. Cause I remember leaving like around like 6 in the morning.

SB: Okay.

AM: But a few people came. Uh a few of my dad's friends. Um, I'm not sure if V███ was there, I'm not 100% sure if V██ was there.

SB: I'm wondering what triggered that conversation or, or –

AM: [OV] Oh no, we were just uh no we were just, we were just there. We were just hanging out, we were just – we weren't even talking about anything, we were just joking around. And um, he gets – he got emotional and um we were talking about my dad. About – about um him retiring and wanting to be more close to us whatever, whatever.

SB: Mhm.

AM: And I think that was the reason that he brought up his son because, you know, he was [UI] relationship with his son. Cause he kept saying before – cause I would ask him, "Yo what's up with Julian?" and he's like, "Oh he's good. Haven't heard from him [UI], I think he cut me off." And he kept saying things like that and I'm like, I'm like – I'm like, "Okay cool."

SB: Okay.

AM: And then he told me – when he told me that, and I was like trying to get more information out of him but – he knows, it's just he doesn't want to say anything cause he doesn't like, I don't know what he was told on his end. Um, maybe he doesn't trust anybody or he's not supposed to

3
UNCLASSIFIED

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:  March 16th, 2022
CD#:  190606_0011.WAV

say anything. But, you know, when he – when he drinks he just gets real emotional and lets

everything out. So I was trying to get more information out of him and I'm like, and then he had

called me saying, "Oh um – um whatever we spoke about should stay between us."

SB: Okay.

AM: And I was like, "Alright. You know, whatever. I'll keep it between us, not going to say

anything." Cause I wanted to get more information [UI]. Cause I want to find out like just as

much as anybody. Cause I was really emotion when he – when that happened to him. And I was

like --

SB: [OV] Yeah, of course.

AM: -- cause I had just lost my best friend so I was going to lose my uncle, I wasn't ready for all

that to happen.

SB: Sorry to hear that.

AM: So um, yeah I was um – I was real nervous. But then after a while I started seeing like

peoples' behaviors and stuff like that. People that were, would – would like embrace him are

now keeping their distance from him. And it was just weird –

SB: [OV] Mhm.

AM: -- behavior. And I think Instagram gave it all away. Cause I just started piecing everything

together and I'm like okay, how does he know this guy beefs with these people?

SB: Mhm.

AM: So I started piecing it myself and I asked Ve███ but he couldn't tell me that day. He was just

yes or no. But you know I'm like, "Yo" but he would ask me "Yo how do we know these

4
UNCLASSIFIED

UNCLASSIFIED

File#:  166C − MM − 3311856
Date:  March 16th, 2022
CD#:  190606_0011.WAV

people?" and I was like "Oh we know them from the streets for years." And he's like, "Like who

knows them?" and I was like, "Mikey and V█████ they all know these dudes." [UI] whatever.

SB: Okay.

AM: So it was nothing – it wasn't like, it wasn't anybody random that they got. It was just

people that, you know, my family [UI] know. It wasn't like a random, it wasn't anything

random.

SB: So just to back track a little bit um, you're bringing up Julian. Right? Julian, and Mikey gets

a little emotional. He says he think he cuts tie – or cut ties at some point –

AM: [OV] Oh no we started – me and my dad, we started talking about me and my dad.

SB: Right.

AM: About my siblings and then our dad and then uh I would ask him yo, cause I would always

ask him, "Oh what's up with Julian? How's the baby?" cause Julian had a baby.

SB: Okay.

AM: So I'd be like, "Hey what's up with Julian? How's the baby?" Just random.

SB: Yep.

AM: "Oh I haven't – I haven't spoken to Julian. It's been like this many weeks." And I'm like –

I think he said like three weeks or something like or a month or something and I'm like, "Oh

okay." Didn't question it, left it at that. And then that night that he told me that, "It was my son

that shot V█████ And was like, "Well why do you think I moved out here? Uh to be closer to my

son." You know whatever. And I'm just there listening to him and I'm like, "Alright." Cause I

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:  March 16th, 2022
CD#:  190606_0011.WAV

guess he – cause he had, he had, he told me before that he moved out here cause he had problems

with his wife.

SB: Okay.

AM: Now he told me, he was like, "Oh I really moved out here because, you know, I have to

support my son cause my son might get locked up out here." All this type of stuff he was telling

me. And I was just there just letting him soak everything in. You know obviously playing the

part.

SB: Sure.

AM: Um, you know, like playing the part as far as being like emotional and quote on quote sad.

And really just trying to figure out why they tried to kill my uncle. So –

SB: [OV] Yeah.

AM: -- I'm just like, I want to understand that part. And then I – I kept asking like, "Why would

he do that?" "Oh it was the people that sent him." "Who sent him?" he wouldn't tell me. But he

obviously kept saying, "I need to protect your dad." So it must be close to home if he kept saying

that over and over. So it – it must be someone that – that knows my dad if he's – if he keeps

saying, "I have to protect your dad. I have to protect your dad."

SB: Okay.

AM: Which, you know, the only people I could – the only thing I could see him being a sticky

situation where he can't speak to my father about it, is if his brothers are involved. Like, "How

do I tell your father that your brothers sent my son to" type of thing so. So I – I just try to put

myself in his shoes.

6
UNCLASSIFIED

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:  March 16th, 2022
CD#:  190606_0011.WAV


SB: And just to confirm, you said brother of your dad is B████.

AM: Yes.

SB: Last name spelled Z – ██████████.

AM: Z███, yeah.

SB: Z███.

AM: Z███.

SB: Okay. And you said earlier that this is the only individual you can think of having that much money.

AM: Yeah, having access to that much. Because he, everybody –

SB: [OV] Cause Mikey said specifically 60,000.

AM: Yeah he specifically said 60,000.

SB: Okay.

AM: He specifically said that.

GS: Do you know who the CPA is that got caught stealing?

AM: Uh his name was K███ T█████. Uh if I'm saying his last name right. But he was my dad's accountant for a while. Um –

GS: [OV] Try to spell the last name.

AM: Uh K – ██████████ ██████████ or something like that. I'm not – I'm not 100%.

GS: You know where he's located?

AM: Uh New York I'm thinking, I'm guessing New York. Cause that's where uh he got caught up.

7
UNCLASSIFIED

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:  March 16th, 2022
CD#:  190606_0011.WAV

GS: Did he get arrested?

AM: Yeah he got arrested. He got – he got arrested, I don't know if he's doing time or he's still doing time or he got out. I – I never, I didn't know [UI].

GS: Well how long ago was this?

AM: We found out 2018 that he was stealing, but he was stealing from I think 2009 to 2018, 2019 around there. I'm not 100% but.

GS: Do you know who arrested him? Was it State, was it –

AM: [OV] I'm not 100%. It was actually uh – the, the bank. The bank was the one that caught it. It wasn't even anybody, it was like the bank that caught it.

SB: Okay.

AM: That red flagged it. So I'm not 100% sure but – but um, from what I was told my uncle was paying taxes by court or something like that cause I guess my dad and his – and my uncle's lawyer were going at it, whatever. But my uncle had to pay the taxes on some of the money that was stolen and I think it was like 12 million stolen, I'm not 100%.

SB: Jeez.

AM: Yeah it was like 12 million. But it was from, it was from 2009 to 2018, 2017.

SB: Okay.

AM: Maybe 2018, 2019. Yeah 18 I would say. Cause I was still working for him at that time, yeah then we found out. So it was like 12 million, and then um my uncle had to pay the taxes back on it and they were trying to – he was trying not to get him to fully pay it.

SB: Yeah.

8
UNCLASSIFIED

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:  March 16th, 2022
CD#:  190606_0011.WAV

AM: But he was in charge. So it was – it was a real sticky situation.

SB: Okay.

AM: It was a weird situation cause it – that wasn't the first time he's done that to my dad. Probably like the second or third time that he's – but this was the biggest amount that he's done, so.

SB: Alex if we could go back to, you mention that Mikey was saying something about how he thought it was a cousin, and something about Orlando.

AM: Yeah so –

SB: [OV] What – what's that about?

AM: So Mike -- Mikey has a cousin that lives in Orlando.

SB: Okay.

AM: So his, Julian his son, went to that Mikey's cousin and told him that, "I did a job that, I did a job that I didn't get paid for."

SB: Okay.

AM: And then um Mikey's cousin told him that, "Oh this is what Julian told me." So Mikey – it's Mikey that has a cousin that lives in Orlando.

SB: Okay.

AM: And Julian I guess, and that's another weird thing like you know, he went over there and Mikey didn't know. He goes, "I didn't even know he was in – I didn't even know he was in Orlando." But I guess when whatever they did from Miami to Orlando he went and told Mikey's cousin that, "Oh I did a job that, you know, I didn't get paid for."

9
UNCLASSIFIED

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:  March 16th, 2022
CD#:  190606_0011.WAV

SB: And we didn't get, by "we" I mean you, didn't get information about um this cousin?

AM: No I don't know who, I don't know who, I don't know who that person is. I just know that – that he has a cousin that lives in Orlando and that Julian went over there and I guess just, you know, just talking random. She didn't know, she didn't know what he was talking about.

SB: So it's a she?

AM: I think it's a she, yeah.

SB: Okay.

AM: Um I don't think she knew what he was talking about. So she just kind of like brushed it off like you know whatever like, you know he did – they didn't think that. They just, they just let it go.

SB: Sure.

AM: When Mikey told me that I was like, so started piecing together I'm like okay so he's 100% sure that – cause I kept asking him, "Are you sure?" he's like, "Yes, like" he's like, "Yes I've seen the vid" And then it's crazy cause I – I know Mikey's son and I seen the video.

SB: Yeah what were your thoughts on that? I'm curious.

AM: Uh, yeah it's him.

SB: Okay.

AM: Yeah it's him. I just –

SB: [OV] For sure? You were about to say for sure.

AM: Yeah for sure it's him. Because he, I – I know, I know us kids how we grew up –

SB: [OV] Yeah.

10
UNCLASSIFIED

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:   March 16th, 2022
CD#:   190606_0011.WAV

AM: -- and the way he walks and how he, you know, how he does his shoes. Like the way he, the, you know, he doesn't tie his shoes. Doesn't, he leaves them somewhat laced and he doesn't tie them, they're sloppy.

SB: Okay.

AM: Uh just the way he walked and just – everything about him. I – I knew it was, I knew it was, I knew it was him.

SB: So is, I mean, I hate to go into, you know, more but you said, "Everything about him." I mean let's talk about that. You're saying the shoes, is it like the style of his clothes? You said the way he walked. What else stood out? As being him.

AM: The way he – the way he walked and um just his whole, just his, just his whole demeanor like when we were kids like he just, I don't know how to explain it. It's just his reaction to like, the way he was about to, like in the video like how he looked and hesitated.

SB: Mhm.

AM: Like I seen that type of behavior before, even when we were kids messing around in the street. Whether it was like you know, um playing – playing a game or like just [UI]. I just, all his movements and you know and, and, and he's been he – he – he – he has the balls. He always felt like he could do certain things and like not get caught or get away with it, you know. Cause that's how that mentality is in the hood in the Bronx, that's how it is. [UI] stupid ones get caught or whatever.

SB: Yeah.

11
UNCLASSIFIED

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:  March 16th, 2022
CD#:  190606_0011.WAV

AM: So just the way he – cause everything about his movement, the way he walked up. Even, even how he took it out like when we used to hang, like when I used to, you know, see him in the streets back in the day, he would carry something. And the way he would take it out to show it off was very similar. Almost –

SB: [OV] So you've seen him with a firearm before?

AM: Yeah, no it's not his but it's, you know, it'd be someone that he's with. But he'll, you know, he'll joke around with it and be like, "Oh this is where we, where we stay." Or whatever. But you know these were all you know back in 2015, 2014.

SB: So that's my next question. How long have you known him? You said since you're kids but what age is that?

AM: Um –

SB: Or you can give me the year too.

AM: Well I'm 30 – I'm 30, well I'm 31. Julian's a little younger than me. So we were kids, Mikey started with my dad like around the time before my sister was born, it was like in the 90's. So I would say like in early 2000's was when we really, like yeah early 2000's when he would just bring him around more family gatherings [UI].

SB: How old would you say you were around then? I guess 10 to 12?

AM: Uh yeah 10 to 12. Yeah around there.

SB: Okay.

12
UNCLASSIFIED

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:   March 16th, 2022
CD#:   190606_0011.WAV

AM: So we were yeah, as kids we were, you know, we were tight because of our dads but it wasn't like, you know, just like summer vacations whatever. Like Mikey had to be [UI] bring his son around, you know.

SB: Sure.

AM: Obviously with my dad's permission cause he works for my dad so.

SB: Yeah.

AM: Um, um but yeah that I mean that's pretty much it. I just knew, I just knew it was him thought like I didn't have to, I don't have, I didn't need him to tell me. And he was, he's 100% sure, for sure that it's him. He just wants to know, which he knows he has an idea, he just wants – he just, "I know, I wanna know who sent my son to do that."

SB: Okay.

AM: "And I know who did it, I'm just waiting for the right time." And I'm like, and I was just trying to get him to really tell me who it was. And he wouldn't tell me.

SB: Okay.

AM: He wouldn't say anything.

SB: Now, is it before uh I guess I'll ask you one last question. I guess, is there anything you can think of in – in the course of I guess, since the incident happened to the point where you had this conversation with Mikey a week ago um to today, is there anything else you can think of that could potentially um be, you know, earth shattering for – for our case in terms of, you know, looking into anyone else? Maybe you haven't mentioned.

AM: I wish I could tell you.

13
UNCLASSIFIED

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:  March 16th, 2022
CD#:  190606_0011.WAV


SB: Okay.

AM: I wish I could say, I think I – just those individuals that I, that I mentioned. Cause I don't see anybody else like I just, those individuals. Obviously everybody's behavior changed.

SB: Yup.

AM: Um they don't embrace him the way they did before.

SB: Okay.

AM: Which – which is weird.

SB: So you think they know?

AM: Yeah. I think –

SB: [OV] Because of [UI].

AM: I think a lot of people, I think a lot of people know and, and they don't wanna say anything cause it's too close to – cause it's a big deal. Someone in M███ A███████'s inner circle did this, this is a big deal. It's not nobody, it's not their name.

SB: Okay.

AM: It's his name. So I think – I think everybody, I think a lot of people know they just don't wanna –

SB: Sure.

AM: It's – it's majority of the people that work for my father, all they have is him. So if he loses everything, they lose everything.

SB: Okay.

AM: So they're gonna, they're gonna –

14
UNCLASSIFIED

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:   March 16th, 2022
CD#:   190606_0011.WAV

SB: [OV] Protect themselves.

AM: It looks like they're trying to protect him but it's really not.

SB: Okay.

AM: It's just looking out for their well-being and they're like, "If he loses everything, I lose

everything." So at the end of the day it's a selfish thing. It's, they're – they're, nobody is

concerned about him, it's if he loses we lose. We don't have anything else. So that's what I

think.

SB: I see.

AM: And then, I don't know man. It's just too close – it's too close. It's someone, it's definitely

someone that my father knows.

SB: Okay.

AM: 100%. And it could be, it could be two people cause I'm thinking about the people that

have that – that could throw that number around. Like $60,000 that's a lot of money.

SB: Yup.

AM: To be throwing it around like that and if you're throwing that number specifically, you

could've said 50 or 10 or whatever. But for you to throw that specific number around, you know,

there has to be two people. Or it – it could be even three. But I just, I'm going by certain people's

behaviors unless some people can really hide. Which is kind of, that's disturbing, if you could

really come every day to work and see certain individuals –

SB: [OV] Yep.

15
UNCLASSIFIED

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:  March 16th, 2022
CD#:  190606_0011.WAV

AM: -- and hide that, that's very disturbing. You got a lot of power, you know, for you to do

that.

SB: Sure.

AM: But it has to be three people that I feel, and I'm really big on one of them, which happens to

be my uncle and I don't know why. I just think that he has a history of being that type of way.

SB: Okay.

AM: But I never thought that he would – and he's been taking a lot of trips lately. Um well not

him, his girlfriend, back and forth to Columbia so, I found that as a red flag too. Like he started

taking a lot of trips out the country.

SB: Okay.

AM: You know and, and um, and everybody would ask him like yo he – he – he would pop up,

hang out, and then let's say V█████ would come around and would get real uncomfortable.

SB: Okay.

AM: So I would look at him and just and he would just either make an excuse that he has to

leave or he would just try to avoid any type of contact with Ve███ or keep it very lit – or lit or um

very minimum, the contact he has. Those three individuals and [UI] you can even look at my

father's promoter too. I'm not 100% sure, his name is um, his name is H███ C██████.

SB: Spell that for me.

AM: Uh his last name I'm not 100% sure.

SB: Ca█████? C – A – L?

AM: Uh C – yeah C – C██████. C██████. I mean –

16
UNCLASSIFIED

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:  March 16th, 2022
CD#:  190606_0011.WAV

GS: C██████? C –██████████████████?

AM: Yeah, yeah C –████████ yeah. C█████, yeah. Him –

SB: [OV] It's his promotor?

AM: That's just the promotor –

SB: [OV] And you say that cause the amount of money he has access to?

AM: Yeah cause the amount of money, that what – that what I would say, cause the amount of

money. Maybe he was, you know, I don't know. Maybe he was asked and –

SB: [OV] Okay.

AM: -- they were, he didn't, you know because it's so close to the family [UI], "Man here take it

just pay it back for me." Joking around, whatever I don't know.

SB: Okay.

AM: I'm just thinking about the people around –

SB: You said three total? So obviously B█████'s one of them. H███ –

AM: [OV] [UI]

SB: -- C█████

AM: H███ and then um, H███ [UI] then you can look up G██ S██████.

SB: Okay. Why him?

AM: Um he has connections. He has connections in Miami.

SB: Okay.

AM: He knows – he knows certain people in Miami. But that's the only three people that I know

that could try and get access.

17
UNCLASSIFIED

UNCLASSIFIED

File#:   166C – MM – 3311856
Date:   March 16th, 2022
CD#:   190606_0011.WAV

SB: Do you have any of these individual's phone numbers?

AM: Yes I do.

SB: In your phone right now?

AM: Yes.

SB: Could I – could I get them?

AM: I got Gus's number.

GS: What's G█ do for your dad?

AM: He's head of security.

SB: Okay.

AM: Um G██'s number –

SB: Yep.

AM: Is uh ██████

SB: Yup.

AM: ██████

SB: Mhm.

AM: ████████

SB: And H████?

AM: I don't have H████'s number.

SB: Okay that's fine. And you said you may or may be able to get for me B████'s phone

number?

AM: Yeah.

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:  March 16th, 2022
CD#:  190606_0011.WAV

SB: Do you have his current?

AM: Uh I don't have his current.

SB: Okay.

AM: Um –

SB: So that leads me to my next question, something that I wanted to discuss with you. Obviously you're on team A█ V██

AM: Yeah, for sure.

SB: Yeah, and so are we. We're – we're trying to solve this case, I mean I talk to him weekly, almost daily. Um and I want to solve it. Okay? Um with that said we've cast a wide net, we've talked to a ton of people, we're looking at different angles, we're looking at other states, we're looking all over the place. For answers, right? And we just don't want to go off hunches, we don't want to go off, "I got this feeling" or whatever. For us to win in court and to uh give justice where justice is uh should be served I mean, we need more. Right?

AM: For sure.

SB: And so with that said I'm – I'm not asking you, you know, specifically to – to on behalf of the government to do X Y or Z for us –

AM: [OV] [UI]

SB: -- by any means, I'm not asking you to do that. I'd never want to put anyone in danger –

AM: [OV] Of course.

SB: -- but if you are in a place and a time where you get information and can text me, call me, whatever, you have my cell now.

19
UNCLASSIFIED

UNCLASSIFIED

File#:  166C – MM – 3311856
Date:  March 16th, 2022
CD#:  190606_0011.WAV

AM: Yes sir.

SB: So you feel free to reach out whenever just like Mr. V█ does. He calls me whenever he

gets anything, and then I look into it. And we try to solidify –

AM: [OV] Alright, yeah. Absolutely, yeah.

SB: -- to the best we can. So I just wanted to let you know that uh doors are open if you ever

want to sit down, if you ever want to call me, text me, whatever we'll meet up and hopefully

we'll get more answers.

AM: Absolutely, yeah.

SB: That's kind of where it is now. Do you have any questions for us?

AM: No I'm good I just, you know, I wanna, I just wanna find out why and who.

SB: Yeah, so do we, yeah.

AM: Like I definitely want to find the why and who. But I was supposed to, I was supposed to

hang out with Mikey more cause I was – cause I know I was, I could've got more information –

SB: [OV] Sure.

AM: -- out of him. I just, you know –

SB: Yeah you want to do it organically, right? You don't want to –

AM: [OV] Yeah so –

SB: -- be real pushy about it.

AM: Yeah next time I – next time – next time I see him I'm gonna, you know, I just want to

know. Cause he says he knows and even if he has an idea. Even if he just has an idea of who

would do – who would send his son. Who would like specifically reach out to them.

20
UNCLASSIFIED

UNCLASSIFIED

File#:   166C – MM – 3311856
Date:   March 16th, 2022
CD#:   190606_0011.WAV

SB: Sure.

AM: I'm like, "Yo just tell me, I wanna know. Like just let me know, I won't say anything." So I just want to know like who he has in his mind that would reach out to his kid.

SB: Sure.

AM: To – to send him that.

SB: And on that note if you get that information, if you could for me get uh B███ current phone number, that'd be ideal.

AM: Yeah of course.

SB: And of course if you could get uh H███ C███.

AM: Yeah, yeah, yeah.

SB: His information, whether that's phone number or if you could get the correct spelling of his name cause there's no way I probably spelled that right.

AM: Yeah no I will, I will.

SB: Things like that you could text me, call me, whatever.

AM: Yeah, I'll get – I'll get the numbers. I – I usually have my uncle's number but he has, he switches phones and stuff.

SB: Okay.

AM: So like right now I think he has two different numbers.

SB: Okay.

AM: I can get both of them. But there's one that I'll just reach out to my cousins. They'll get me his direct number.

21
UNCLASSIFIED

UNCLASSIFIED

File#:   166C – MM – 3311856
Date:   March 16ᵗʰ, 2022
CD#:   190606_0011.WAV

SB: Okay.

AM: So I'll reach out to them, that's easy I can do that.

GS: You said this took place at your dad's house, what's the address for the house?

AM: Um ███████████.

GS: Mhm.

AM: Um ███████████ Miami, Florida. And that should be it, it's a – it's like an apartment.

GS: Is there a penthouse or a suite or house, is there a number?

AM: Uh ██████████.

GS: You know the name of the building?

AM: Um no I don't.

GS: Okay.

SB: I'll walk you to the – the [UI]. [UI] someone from security you know [UI].

GS: I'll meet you in the uh next meeting.

SB: Okay, yeah sounds good.

AM: Thank you so much.

GS: Take care.

AM: Thank you so much.

GS: Best of luck to you.

AM: Thank you.

[End of recording]

AO 106 (SDNY Rev. 01/17)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )   Case No. 22mj S358 |
| DNA Samples To Be Obtained By Oral Swabbing | ) |
| From JAIME SERRANO and JULIAN JIMENEZ | ) |
| | ) |

## APPLICATION FOR A SEARCH AND SEIZURE WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

## JAIME SERRANO and JULIAN JIMENEZ

located in the _____ Southern _____ District of _____ New York _____ ; there is now concealed *(identify the person or describe the property to be seized)*:

DNA samples to be obtained by oral swabbing of JAIME SERRANO and JULIAN JIMENEZ

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section(s) | Offense Description(s) |
|---|---|
| 18 U.S.C. §§ 1958(a), 924(c), and 2 | Use of Interstate facilities in the commission of murder for hire, firearm possession in furtherance of a crime of violence, and aiding and abetting |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

**Special Agent Samuel Band, FBI**
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __6-27-2022__

_____
*Judge's signature*

City and state:  White Plains, NY

"CONFIDENTIAL"

**Hon. Judith C. McCarthy, U.S.M.J.**
*Printed name and title*    JJ_015432



DEFENDANT'S EXHIBIT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x    22mj5358

IN THE MATTER OF THE APPLICATION OF    :    AFFIDAVIT
THE UNITED STATES FOR A SEARCH
WARRANT FOR DNA SAMPLES TO BE    :    APPLICATION IN SUPPORT OF
OBTAINED BY ORAL SWABBING FROM         SEARCH WARRANT
JAIME SERRANO and JULIAN JIMENEZ
                                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - x

SAMUEL BAND, being duly sworn, deposes and says:

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI"), currently assigned to the Violent Crimes and Fugitive Task Force, in the Miami Division. My current duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, murder for hire, kidnapping, and other violations of federal law. I have been a Special Agent with the FBI since February 2019 and have been assigned to the Miami Division since that time. Prior to becoming an FBI Special Agent, I was a law enforcement officer in Virginia with the Fairfax County Police Department from 2013 to 2018.

2.     This application seeks to obtain search warrants authorizing the collection of deoxyribonucleic acid ("DNA") material (saliva and epithelial cells) by buccal swab from JAIME SERRANO and JULIAN JIMENEZ, two individuals currently being investigated by the FBI for their involvement in an attempted murder for hire committed in the Southern District of Florida. As discussed more fully below, I submit that there is probable cause to believe that SERRANO's and JIMENEZ'S DNA constitutes evidence of violations of Title 18, United States Code, Section 1958(a) (Use of interstate commerce facilities in the commission of murder for hire), Title 18, United States Code, Section 924(c) (Firearm possession in furtherance of a violent crime), and Title 18, United States Code, Section 2 (Aiding and abetting). Based on my review of public

"CONFIDENTIAL"                                                          JJ_015433

records databases used by law enforcement, I know that (a) SERRANO's date of birth is December 5, 1976, his social security number is 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, and his home address is 1 Pier Pointe, Apt 411, Yonkers, New York; and (b) JIMENEZ'S date of birth is November 29, 1995, his social security number is 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, and his home address is 110 Regency Court, Middletown, New York.

3.      The information contained in this affidavit is based upon my personal knowledge, and information provided to me by other law enforcement officers, witnesses, and documents. As I am only submitting this Affidavit for the limited purpose of securing the requested search warrants, I have not included every fact known to me about this investigation. Rather, I have included only those facts that I believe are sufficient to establish probable cause for the issuance of the requested search warrants.

## SUMMARY

4.      Based on the information below, there is probable cause to believe that JAIME SERRANO and JULIAN JIMENEZ were hired to work together to shoot and kill a certain victim ("A.V."), and that they travelled by air together from New York to Florida to accomplish this crime.  The men left items used in furtherance of the crime along a path used to flee the scene, some of which have a male DNA profile on them.

## PROBABLE CAUSE

5.      On Tuesday, August 27, 2019, at approximately 8:13 p.m., the residential surveillance camera located at 10620 SW 118 Avenue, Miami, Florida 33186 depicts A.V., the victim, driving into the garage of his residence when a white male (the subject) approached the vehicle by the rear driver side door and fired multiple rounds into the vehicle at the victim. The

2

subject wore a black short-sleeved hoodie, dark-colored shorts, a white and blue surgical mask and white and black colored gloves.

6.     The video further depicts the subject subsequently running eastbound in, the residential community towards Southwest 117 Avenue, which leads to a park.  Law enforcement found a mask and gloves that appeared to be the same mask and gloves the shooter wore in the video discarded along the sidewalk along Southwest 117 Avenue between the shooting scene and a park. Police also found the firearm believed to be the one used in the shooting inside a trash can also located between the shooting scene and the park. Other items collected from the residential scene included shell casings and projectiles from both the victim's body and his vehicle.  Ballistic comparison testing is pending.

7.     Some items recovered from the scene were submitted for the purpose of forensic laboratory analysis. The surgical mask and both gloves contained a mixture of DNA profiles (meaning more than one person's DNA) in some areas.  The inside and outside of the mask and the interior of the right-handed glove contained a male DNA profile suitable for comparison to a known standard.  The profiles matched each other.  This DNA profile was submitted to Combined DNA Index System (CODIS) without a resulting match.

8.     As part of the investigation, law enforcement located a surveillance camera mounted on the rear of a residence just south of the aforementioned park that points toward the parking lot of the park. At a time stamp approximately four (4) minutes before the shooting, the surveillance footage captured a Sports Utility Vehicle ("SUV") pull into the parking lot and back into a parking spot. The video shows an individual exited the SUV from the driver side and walked around the SUV and then re-entered the SUV through the driver side. Approximately two minutes after the shooting, this video depicts another individual, believed to be the subject, walking

3

southbound on Southwest 117 Avenue towards the SUV. This individual then entered the SUV at which time, it leaves the parking lot.

9.     As part of the investigation, law enforcement drove from the park to the north bound toll plaza located nearby. This drive took approximately five (5) minutes. Law enforcement obtained video from this toll Plaza in order to capture the period marking approximately five (5) minutes after the SUV left the park parking lot. The video shows a vehicle matching the shape of the SUV seen in the parking lot video passing through the tolls. The vehicle was a 2018 Nissan Rogue bearing Florida tag 998YFF.

10.     This Nissan Rogue was registered to Enterprise Rental Car (Enterprise). Law enforcement requested the renter's information from Enterprise, which revealed the renter to be JAIME SERRANO. The rental records also documented the phone number for SERRANO ("SERRANO's phone"). Law enforcement confirmed this phone number belonged to SERRANO on the day of the shooting via a subpoena of the subscriber information associated with this number.

11.     Law enforcement interviewed a representative from Enterprise who advised that SERRANO had originally rented a different vehicle, a sedan, but on August 26, 2019 (the day before the shooting), he returned the sedan to Enterprise and replaced it with the Nissan Rogue SUV. SERRANO returned the Nissan Rogue at approximately 6:00 a.m. on the morning after the shooting.

12.     As part of the investigation, law enforcement located an individual who was inside a vehicle parked near the SUV in the park's parking lot on August 27, 2019, just prior to the shooting. This individual indicated he had observed an SUV, which he believed to be a Nissan Rogue, in the parking lot the night of the incident. The witness further described seeing a person

"CONFIDENTIAL"                                                                                  JJ_015436

wiping down the SUV with a rag. He described this person as a white, possibly Hispanic, male. Biographical data from law enforcement databases and driver's license records indicates that both JIMENEZ and SERRANO are Hispanic males.

13.     Law enforcement obtained and executed a warrant for information related to SERRANO's phone. The results indicate SERRANO's phone utilizing cellular transmission towers on August 21, 2019, in the area of the LaGuardia Airport in New York, then later that day in the area of the Miami Airport, in Florida. On August 23, 24, 26 and 27 (the last of these dates being the date of the shooting), SERRANO's phone utilized towers within the vicinity of the victim's business and the victim's residence. This business is approximately 3.6 miles from the residence. SERRANO's phone utilized the nearby cellular towers until approximately 7:01 pm on the night of the shooting.  The shooting occurred at approximately 8:13 p.m.  SERRANO's phone did not show any activity on the cellular network until after the shooting at 9:01 pm.

14.     Two years after the shooting, the investigation led law enforcement to interview Person 1, who is a family member of JIMENEZ and friends of SERRANO for many years. Person 1 also said they knew of the victim.  Person 1 further explained he knew JIMENEZ flew to Miami approximately 2 years ago and met with SERRANO.

15.     Person 2, another family member of JIMENEZ and who knows of the victim, advised that Person 1 identified JIMENEZ as the shooter to them from a publicly available image of the shooter.   Person 2 advised law enforcement that Person 1 said he was positive JIMENEZ was the one who shot the victim.[1]  Person 2 advised law enforcement that they grew up in New York and was a childhood friend of JIMENEZ.  Person 2 told law enforcement he had seen the

---

[1] Subsequent to speaking to Person 2, Person 1 did not identify JIMENEZ to law enforcement during a law enforcement interview.  Person 1 indicated that JIMENEZ has a particular gait, which he claimed was not present in the video shown to them.

5

video surveillance of the shooting and believed the shooter looked like JIMENEZ. Person 2 further explained he believed the shooter was JIMENEZ because of his recognizable walk, the way he dressed, and how he presented the firearm. Person 2 advised law enforcement he had seen JIMENEZ pull out a firearm from his waistband before and it was consistent with the way in which the shooter did in the video.

16.     Person 2 further explained Person 1 heard from a family member that JIMENEZ was supposed to receive $60,000 for a job, but never received it. I believe this "job" is the failed murder attempt of the Victim.

17.     Based on information received from American Airlines, I have learned, among other things, that JIMENEZ and SERRANO both traveled from LaGuardia Airport in New York to Miami International Airport in Florida on August 21, 2019, on American Airlines flight AA1556. According to American Airlines records, JIMENEZ sat in seat 13E on this flight, and SERRANO sat in seat 14E. The phone number associated with the purchase of JIMENEZ's ticket is the same phone number JIMENEZ provided in a vehicle accident report in 2020 within the State of New York.

18.     The phone number provided by American Airlines associated with the ticket purchase of JIMENEZ was searched in the previously sought call detail records of SERRANO prior to, during, and after the date of the shooting. SERRANO's phone records show frequent communication between them up until the night of the incident.[2] The last communication before the shooting took place on August 27, 2019 (the day of the shooting), and communications between the two numbers then ceased for a time, before resuming on September 9, 2019.

---

[2] By the time law enforcement determined JIMENEZ's cellular telephone number, the network carrier did not have "cell cite" or "call detail" records related to same.

"CONFIDENTIAL"                                      JJ_015438

19.     I submit that, based on the information above, that there is probable cause to believe that SERRANO and JIMENEZ were hired to work together to shoot and kill the victim, and that they both travelled by air from New York to Florida to accomplish this crime. They also used their cellular telephones in furtherance of the same.

20.     I know, based on my training and experience, that DNA can be left on items and evidence when those items come in contact with human skin, sweat, blood, or other bodily fluids. This occurs intentionally or unintentionally when a person's cellular material transfers through touching or depositing of bodily fluid on an item. In this case, there was a mixture of DNA on the mask and the gloves. The mixtures are not capable of identification, even for purposes of including or excluding a known standard. However, there was a male genetic profile recovered from the inside and outside of the mask and on the interior of the right-handed glove. It was the same genetic profile. While there is probable cause to believe that JIMENEZ wore these items during the crime, it does not preclude that this genetic profile may belong to SERRANO. In my training and experience, persons working together to accomplish a crime can share items used to commit the crime. Also, a person hiring others to commit a crime will sometimes provide items to the hired person(s) to commit the crime. Therefore, based on all of the foregoing, there is probable cause to believe that JIMENEZ and SERRANO deposited DNA onto collected items in this case, and that the collected items were used in the commission of the offenses enumerated above.

## FORENSIC EXAMINATION AND DNA EVIDENCE

20.     As set forth above, forensic examination of the mask and gloves recovered close to the scene of the shooting, and which appear to be the ones seen on the video worn by the shooter in surveillance video, revealed the presence of a male DNA profile. In order for a DNA analysis and comparison to SERRANO and JIMENEZ, law enforcement must submit DNA samples

7

obtained from SERRANO and JIMENEZ. These samples can be obtained by swabbing the insides of the subjects' mouths. To ensure a successful test, we seek authorization to obtain two samples from each of SERRANO and JIMENEZ, for DNA analysis and comparison with the male DNA profile found on the collected items. The samples will be placed in sealed containers and sent to a laboratory for analysis.

<b><u>REQUESTED AUTHORIZATION</u></b>

22.     On the basis of the foregoing statements, I submit that there is probable cause to believe that evidence of violations of Title 18, United States Code, Sections 1958(a), 924(c), and 2 is located on and in the persons of JIMENEZ and/or SERRANO.  I therefore respectfully request that this Court issue search warrants authorizing law enforcement officers to obtain samples of SERRANO's and JIMENEZ's DNA, in accordance with the procedures set forth above, for comparison to any DNA recovered from items seized during the collection of evidence located in or within the vicinity of the crime scene.  I further respectfully request that the Court authorize law enforcement officers to apply any force reasonably necessary to execute the search warrant issued by the Court.

Samuel Band, Special Agent
Federal Bureau of Investigation

Sworn to before me
this 27th day of June, 2022.

HON. JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

8

Camera 01

DEFENDANT'S
EXHIBIT
E

JJ_000220



DEFENDANT'S EXHIBIT F

JJ_000423