UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20389-CR-ALTMAN

UNITED STATES OF AMERICA,

    **Plaintiff**

v.

JULIAN JIMENEZ,

    **Defendant.**

## CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE

I, Abigail E. Becker, as counsel for the plaintiff/defendant, JULIAN JIMENEZ, hereby certify the following:

Check the applicable sections:

[✓] **ALL EXHIBITS E-FILED:** All documentary exhibits and photographs of non-documentary physical exhibits admitted into evidence have been electronically filed in CM/ECF.

[ ] **EXHIBITS NOT E-FILED:** Some documentary exhibits and/or other physical exhibits admitted into evidence cannot be electronically filed in CM/ECF. This includes sealed criminal exhibits and contraband. The following identifies those exhibit numbers that have been retained by the Clerk, and separately identifies those exhibit numbers retained by this filing party. (Itemize or attach a list).
Retained by the Clerk: _____
Retained by filing party: _____

[✓] **AUDIO/VIDEO EXHIBITS:** The following audio and/or video exhibits were entered into evidence during these proceedings. The filing party has conventionally filed with the Clerk of Court a CD or DVD containing the audio or video recording. (Itemize or attach a list.) Ex. B and C1

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within three (10) days of the conclusion of trial or relevant proceedings. Failure to timely comply with the requirements of Administrative Order 2016-70 governing the Electronic Filing of Exhibits may result in the imposition of sanctions.

Signature: _/s/ ABecker_    Date: August 24, 2023