FILED BY \_\_\_MML\_\_\_ D.C.

Aug 24, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**22-20389-CR-ALTMAN/REID**
CASE NO. _____

18 U.S.C. § 2261A(1)
18 U.S.C. § 924(o)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)

UNITED STATES OF AMERICA

v.

JULIAN JIMENEZ and
JAIME SERRANO,

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Interstate Stalking**
(18 U.S.C. § 2261A(1))

From on or about August 20, 2019, continuing through on or about August 27, 2019, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendants,

**JULIAN JIMENEZ and
JAIME SERRANO,**

traveled in interstate commerce, that is, from the State of New York to the State of Florida, with the intent to kill, injure, harass, and intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate another person, that is, A.V., and in the course of, and as a result of, such travel engaged in conduct that placed A.V. in reasonable fear of death and serious bodily injury to A.V., in violation of Title 18, United States Code, Sections 2261A(1) and 2.

Pursuant to Title 18, United States Code, Section 2261(b)(3), it is further alleged that the defendants' conduct resulted in serious bodily injury to A.V.

Pursuant to Title 18, United States Code, Section 2261(b)(3), it is further alleged that the defendants used a dangerous weapon during the offense.

## COUNT 2
### Conspiracy to Use and Carry a Firearm During a Crime of Violence
### (18 U.S.C. § 924(o))

From on or about August 20, 2019, through on or about August 27, 2019, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendants,

**JULIAN JIMENEZ and
JAIME SERRANO,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to use and carry a firearm during and in relation to a crime of violence, and to possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, that is a violation of Title 18, United States Code, Section 2261A(1), as charged in Count 1 of this Indictment, in violation of Title 18 United States Code, Section 924(c)(1)(A); all in violation of Title 18, United States Code, Section 924(o).

## COUNT 3
### Discharging a Firearm in Furtherance of a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A)(iii))

On or about August 27, 2019, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JULIAN JIMENEZ and**
**JAIME SERRANO,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, that is a violation of Title 18, United States Code, Section 2261A(1), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that the firearm was discharged.

All pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).


_[signature]_
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_[signature]_
ABBIE D. WAXMAN
ASSISTANT UNITED STATES ATTORNEY

_[signature]_
MICHAEL E. GILFARB
ASSISTANT UNITED STATES ATTORNEY

4