UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-20389-CR-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULIAN JIMENEZ, *et al.*,

    Defendants.
_____/

## NOTICE OF FILING LETTERS IN SUPPORT OF SENTENCING

    The defendant Julian Jimenez, by and through undersigned counsel, respectfully submits the attached letters for the Court's consideration at sentencing.

Respectfully Submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: /s/Abigail E. Becker_____
Assistant Federal Public Defender
Florida Bar No. 072284
150 W. Flagler Street, Suite 1700
Miami, Florida   33130
Tel:   305-530-7000
abigail_becker@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **October 27, 2023**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Abigail E. Becker

Ms. Brenda Jimenez
October 23, 2023

Honorable Judge Altman:

Please allow me to introduce myself. My name is Brenda Jimenez. I am the Mother of Mr. Julian Jimenez. I felt compelled to share with you a bit of my son's life from a Mother's perspective. I feel it is very important that you know all facets of my son Julian. Like the iceberg theory, there is more to my beautiful son than what the eyes can see. Thank you for allowing me the opportunity to share.

Growing up, Julian was a very shy and quiet little boy. Because he was an only child, he was very attached to me. We did everything together. I always remember his beautiful laugh. We brought each other joy. His dad (Mike) was his best friend. I would say he was a happy kid with parents that loved him greatly.

When Julian was four, his father and I split up. He went from seeing his Dad every day to only weekends. On certain occasions Dad would have to travel and sometimes be gone for two or three months at a time. He was very sad and cried a lot. He didn't understand what was going on. His Father was there financially, but Julian needed his physical presence. When I look back I can't imagine how hard that must have been for him.

Around age seven, Julian started exhibiting odd behavior while in school. The teachers stated he would stand in the doorway of his classroom and would refuse to enter. This behavior went on for days. We decided to transfer him to a different school only to be thrown out because of his behavior. We had him evaluated and he was diagnosed with a learning disability. He was prescribed Zolof, an anti-depressant medication. He was then placed in a special education school where he was constantly teased and bullied. One day he decided to fight back and was transferred to yet another school.

Eventually he acclimated to school and excelled. Julian graduated Junior High. and was so excited and happy he made it. I was so proud of my Son. Despite the obstacles he made it through. The High school years however posed more of a challenge for Julian. Bouncing from one school to another. His interest in education all but left and he decided he no longer wanted to finish H.S. He was feeling defeated. I was devastated, angry, and confused. His Dad was then re-married and living in L.A.. He sank into a deep depression, and exhibited all the heartbreaking signs of it.

When Julian became a father he wanted to do the right for his child. Because he didn't have a diploma he would do odd jobs here and there to help support his child (JuJu). Asking friends and family to look out for him if they found anything. He loves his son with all his heart. He is the

center of his universe.  When JuJu had acquired a serious blood infection, Julian was right there in the hospital never leaving his side. He joked about how horrible the hospital food was, but he didn't care, he wasn't leaving JuJu's side.

On that fateful day of Julian's arrest, my family's world turned upside down.  The overall experience of being in that moment when the police stormed my house with guns and took Julian, is something indelible in my memory. I was beyond scared for my son. Wondering what's going on and thinking will I or JuJu ever see him again.

Now that he is in jail I am advocating hard for my Son. He is a good man and has never done anything like this before. It is truly out of character for him. I taught him to be honest, give respect and be humble when the time calls for it. I moved from the house because it was to traumatic for me to stay after the arrest. I now take care of my beautiful grandson until Julian is able to see him again. He misses his Dad. I miss my Son.

I also want to give my sincere apologies to the Family of the victim. There is nothing more painful and heartbreaking than someone you love getting hurt. I feel their pain your honor every day. Thank you Your Honor, for taking the time to hear me. I will never give up on my Son, and I tell him every day to do the same thing for himself.

Respectfully yours,


Ms. Brenda Jimenez
Mother of Mr. Julian Jimenez

On behalf of Marcos Jimenez Father of Julian Jimenez

I am Julian Jimenez' father, Marcos Jimenez, I want to share "who is Julian?"

I separated from his mom when Julian was 4 years of age, did that have an effect on him? Yes, I think so. He is the only child on both sides. Growing up at such a young age looking for a father figure because I was always out of town working. He looked at both my brothers as a father figure, but they both passed away in Julian's early age. I supported my son financially, but I chose work over family.

At the age of 12 or 13 he moved in with my side of the family so that he can feel like he's next to me. In the 6th grade he gave us a hard time and did not want to go to school. He was kicked out of the public school after the 3rd transfer. With the help of the school system we found a school that is legal to restrain the child so that he can remain in the school's property. The first day I took him to that new school, the teacher told me OK Mr. Jimenez you can leave now. I said no you don't understand my son doesn't like school and I have been fighting for this for a year. When I walked away, Julian was crying hysterical. The teacher grabbed him and pinned him down to the floor and told me to leave the building, this broke my heart. At that time we took him to therapy for himself and family therapy. The prescribed my son Zoloft to help him out and that was short-lived. I don't know if going to family therapy helped him out or made it worst. Me and his mom were separated for a few years already so I could imagine how that messes with someone's head.

I tried my best to guide him in making the right decisions and tried to be an emotional support for him, he is my only child.

My son is a great kid but doesn't know how to communicate just like his dad, so he keeps everything inside.

12 years ago I decided to move to California that left Julian to be the man of the family. He had the option to move in with when he turned 16, but he chose not to. I flew him out once a year and every time I was in New York or in the other close states we spent those times together even when I was working I would take him with me.

From 2010 to 2019 we lost close family members that he looked up to and respected, 3 uncles, 2 aunts, my mother (Julian's Heart) and his best friend Aaron (married to his cousin) who was murdered by his girlfriend.

I know these losses hurt Julian a lot and left him looking for someone to look up to. Unfortunately, he looked up to the wrong person.

When Julian became a dad, he tried so hard to be a good father. He wanted to be there for his son, especially since I was not always there for him. He is so sorry to be away from his son.

I know you are only seeing my son for what he did in this case. But I hope you understand that he is more than that. He is learning from his mistakes and will be a better man in the future.

Marcos Jimenez

Greetings Judge Altman,

  I, Esther Rodriguez, is the eldest cousin of Julian Jimenez. However, Julian is more like a brother to me than a cousin. Julian as a young child has always seeked male guidance, he always wanted to make sure he was present for his family and continued the tradition of exemplifying loyalty and responsibility as a man. Previous unfortunate circumstances such as, the deaths of two uncles (living under the same roof), one of which whom was his godfather has affected Julian tremendously. He then found himself spending more time with my Husband and I raising our son, attended football games and practices, picked him up from school and was an asset to our family as a whole. It was such a beautiful bond, as if he were a second son of ours, and big brother to our son, Aaron Jr. That was until, my husband Aaron Rodriguez was murdered by unfortunate events. This was another tragedy which Julian faced, in his early years, while being unable to process these emotions effectively. This led to Julian being influenced by male figures outside of our family. Julian's strong sense of providing, protecting and being present for his close friends and family is second to none. Flat tire? Call Julian..Need someone to pick up the kids? Call Julian. Feeling down & out? Call Julian. Need someone to lift your spirits? You guessed it, Call Julian. The funniest, most genuine kid you can ask for and depend on.

  During my most vulnerable and darkest moments, Julian was the light. I understand his greatest strength might also be his greatest weakness. I think he got involved with this because he didn't want to let down someone he saw as family. He is a God fearing man who grew up in the Royal Rangers.

  I know every action has consequences and I know he made a terrible decision here. I ask that you consider how past experiences may have affected his decision making & he is not defined by his mistakes. I hope and pray that you take into consideration what i have shared with you, and who Julian is as a person outside of the matter.

  Kind regards, Esther Rodriguez.

Dear Judge Altman.

I am Julian's little cousin Aaron Rodriguez.  He was always there for me with everything like advice, Basketball and even Julian coached my football team. . He was like a big brother to me. When my dad passed away Julian was always checking up on me everyday. Julian  helped my mom with things I needed. He would take me places and he would make sure I buy my mom a gift on holidays because my dad used to do that for me. Since Julian has been away I have not had that bond with anyone else. It hurts me to see his son Julian jr without his dad here because I know how it feels to not have a dad, And it  feels so sad. My wish would be to have Julian in my graduation because Julian always told me school first. Thank you judge. I hope this didn't take too much time. I just miss my cousin so much. He is not a bad person, he is my best friend. Thank you judge

From,  Aaron